AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ▼

| | |
|---|---|
| SUMMITBRIDGE WEALTH MANAGEMENT LLC and ARNA PREMIER PROPERTY SOLUTIONS, <br><br> *Plaintiff(s)* <br><br> v. <br><br> LIGHTHOUSE ESTATES LLC, CEEKOU LLC, STARPOINT HOLDINGS LLC, AVS ESTATES LLC, BLUESTAR CAPITAL LLC, RED DOOR LEGACY LLC, TAIHE ESTATES LLC, REDWOODS REAL ESTATE LLC, HIDDEN GEMS VENTURES, HIDDEN GEMS TC SERVICES LLC, MARCIA DONALDSON, VAN LAURENCE BARKER, ARIEL MERMELSHTAYN BARKER, SIYUAN ZHENG, JOSHUA JAMES KENNEDY, UNIVERSITY TITLE COMPANY, MEMBERS TITLE, FIRST CLASS TITLE AGENCY, TRUE TITLE ESCROW AGENT, PERPETUAL TITLE OH, LEGACY TITLE AND ESCROW, and ELITE TITLE, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:26-cv-00141-JMA-ST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    SEE ATTACHED RIDER A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Taimur Alamgir
TA Legal Group PLLC
205 E. Main St., Ste 3-2
Huntington NY 11743

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:    1/12/2026

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00141-JMA-ST

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

2:26-cv-00141-JMA-ST
**<u>RIDER A</u>**

**LIGHTHOUSE ESTATES LLC**
5720B Brown Ave., Unit B, Fort Knox, KY 40121

**CEEKOU LLC**
Registered Agent: United States Corporation Agents, Inc.
159 N. Wolcott St., Suite 133, Casper, WY 82601

**STARPOINT HOLDINGS LLC**
8520 Allison Pointe BLVD Ste 223 Indianapolis, IN 46250

**AVS ESTATES LLC**
5720B Brown Ave., Unit B, Fort Knox, KY 40121

**RED DOOR LEGACY LLC**
5720B Brown Ave., Fort Knox, KY 40121

**REDWOODS REAL ESTATE LLC**
512 N Hampton Rd #221 DeSoto, TX 75115

**MARCIA DONALDSON**
7901 4th Street N., Suite 300, St. Petersburg, FL 33702

**HIDDEN GEMS TC SERVICES LLC**
7901 4th Street N., Suite 300, St. Petersburg, FL 33702

**HIDDEN GEMS VENTURES**
7901 4th Street N., Suite 300, St. Petersburg, FL 33702

**VAN LAURENCE BARKER**
8520 Allison Pointe Blvd., Ste. 223 #934717, Indianapolis, IN 46250

**ARIEL MERMELSHTAYN BARKER**
5610 Las Virgenes Rd., Unit 46, Calabasas, CA 91302

**SIYUAN ZHENG**
6648 Washington Ave., Apt. B2, Saint Louis, MO 63130

**JOSHUA JAMES KENNEDY**
3809 Pine Needle Pt., Evansville, IN 47715

**UNIVERSITY TITLE COMPANY**
2700 Corporate Drive, Suite 200
Birmingham, AL 35242

**MEMBERS TITLE**
3009 Firefighter Lane
Birmingham, AL 35209

**FIRST CLASS TITLE AGENCY**
3000 Town Center, Suite 2450
Southfield, MI 48075

**TRUE TITLE ESCROW AGENT**
101 Plaza East Blvd., Suite 102
Evansville, IN 47715

**PERPETUAL TITLE OH**
4355 Ferguson Drive, Suite 100
Cincinnati, OH 45245

**LEGACY TITLE AND ESCROW**
425 N. New Ballas Road, Suite 220
Creve Coeur (St. Louis), MO 63141

**ELITE TITLE**
5400 Hampton Avenue
St. Louis, MO 63109