

06:47

351

1232 Princeton Ave, Birmingham, AL 35211

**Marcia Team - Bra...**

2919 Dodier St, St. Louis, MO

Fri, Dec 26 at 12:50

Goodmorning - I am getting a bit concerned that I still haven't heard anything back about my deals that were due back in October. We are about to enter 2026 and i have some obligations that are coming due. Any idea on timing of repayment would be much appreciated

Fri, Jan 2 at 21:58

Hello I have not received any response to my concerns. I have almost $500 k out. I would really appreciate an update on what exactly is going on?

Text Message • SMS



**Marcia Team - Bra...**

Hello Team i am reaching out again on these properties. Would love an update on how things are going? What is the expected pay out date? Where am i on the list?
7726 E Canfield St Detroit MI 48214

1278 E 152nd St, East Cleveland, OH 44112

1232 Princeton Ave, Birmingham, AL 35211

2919 Dodier St, St. Louis, MO

already. There are delays, and Lighthouse is working through them, mostly in order of time since maturity, rehab updates, as rehab is not happening under PML-owned properties as part of the new Lighthouse system. There is a further network of borrowers that complete rehab on certain projects that do update with photos and such as Lighthouse used to, but they themselves do not do that anymore
- Brad

Wed, Dec 10 at 10:07

Hi Im following up on the recording for 1232 Princeton Ave Birmingham. It was incorrectly registered to my sister even though I was the PML. Marcia had said she was going to fix this. Just following up to get an update

06:47

351

M

Fri, Dec 5 at 12:19

**Marcia Team - Bra...**

I'll need to give a specific update to my friend who invested for the property on 1777 s Frederick

Any photos of the rehab or updates would be greatly appreciated

I also am still waiting on an update on the other 4 properties

Fri, Dec 5 at 22:01

I'm afraid there isn't anything more specific that's what I've told you already. There are delays, and Lighthouse is working through them, mostly in order of time since maturity. There aren't any rehab updates, as rehab is not happening under PML-owned properties as part of the new Lighthouse strategy. There is a further network of borrowers that complete rehab on certain

06:47



1232 Princeton Ave, Birmingham, AL 35211

351

**M**

Tue, Dec 2 at 01:06

**Marcia Team - Bra...**

Hi, Neelema! Thanks for reaching out.

Definitely understood about the request for updates and concerns. I have a request for status in with the Lighthouse team and will get back to you as soon as I hear back.

The one thing I can immediately assess is that for the ones that haven't yet hit their original maturity date – at least Karen's due in December, these will likely be impacted by the same delays as the other ones, so at least about 2 months beyond the original maturity date. Anything more specific than that would just be speculation at this point

+ Brad    Text Message • SMS

**Marcia Team - Bra...**

Hello guys,

My referral Karen Dudich reached out in regards to her PML deal on 1777 S Frederick St, Evansville, IN 47714 due 12/24.

She is asking for an update and an expected date to be paid back

Furthermore I'm Getting worried about my deals as well that haven't been paid back with no clear up dates.

7726 E Canfield St Detroit MI 48214

1278 E 152nd St, East Cleveland, OH 44112

1232 Princeton Ave,

**Hello team. I have been trying to wire over funds from fortis bank however they are having a problem on their end. I am still working on this for 933 e ridge**

Marcia

Thank you for the update.

Tue, Nov 11 at 11:27

**Wire sent last night**

Marcia Team - Brad And Christine

Hi there! Sorry wire for what?

**933 e ridge**

Marcia

Thanks Neelema I will let Becky know

Tue, Dec 30 at 11:09

06:46

351

**M**
**M**
2 People

Thank you Very Much For Reaching Out

Let me go ahead and Check

I will get back to you with an update

_Xyrille

We completely understand how important timely repayment is to you. As soon as the borrower's project or resale closes—or when new funds are received from another PML/HML—your loan will be prioritized for repayment. We'll notify you right away once the funds are ready for disbursement. In the meantime, your investment keeps earning per diem interest daily beyond the maturity date

_Xyrille

Mon, Nov 10 at 17:07

Hello team. I have been trying to wire over funds

Text Message • SMS however they are having a problem

06:46

351

2 People

Hello Marcia and team. Just to keep everyone on the same page I have the following 3 loans overdue at this time.

1. 7726 E Canfield St Detroit MI 48214

2. 1278 E 152nd St, East Cleveland, OH 44112

Sorry 2 loans

Marcia Team - Brad And Christine

Hi Neelema,

Thank you Very Much For Reaching Out,
let me go ahead and Check I will get Back to you with an update

_Xyrille

06:46

351

2 People

Hello Marcia and team. Just to keep everyone on the same page I have the following 3 loans overdue at this time.

1. 7726 E Canfield St Detroit MI 48214

2. 1278 E 152nd St, East Cleveland, OH 44112

Sorry 2 loans

Marcia Team - Brad And Christine

Hi Neelema,

Thank you Very Much For Reaching Out,
let me go ahead and Check I will get Back to you with an update

_Xyrille