

## Fwd: Thank you for your Patience & Support!

**SummitBridge Wealth Management LLC** <rayna@summitbridgewealth.com>  Tue, Sep 30, 2025 at 8:25 AM
To: "Sinha, Kiran" <muniyarus@gmail.com>



---------- Forwarded message ---------
From: **Marcia Donaldson** <marcia@hiddengemsventures.com>
Date: Mon, Sep 29, 2025 at 11:03 PM
Subject: Thank you for your Patience & Support!
To: Marcia Donaldson <marcia@hiddengemsventures.com>
CC: Becky Anderson <admin@hiddengemstc.com>


Hello,

I want to take a moment to personally update you and express my gratitude. Over the past several weeks, I've been traveling back and forth from Florida to Arizona to care for my father, who was recently diagnosed with cancer in his liver and spine. While I have shared this publicly, I wanted you to hear directly from me. Please know this isn't an excuse for any delayed responses or slower communication regarding your projects, redeployments, or payouts—it's simply the reality of balancing family responsibilities with the business commitments. I am not able to monitor email and text around the clock as I have in the past, and I will only be responding Monday - Friday during Eastern Time business hours when I am able.

I am aware that some payouts have gone past or are past their maturity dates. Right now, it is averaging ~30-40 days delayed. Lighthouse is actively working with both the DSCR lender and the hard money lender to improve their funding processes and ensure smoother operations moving forward. While a project may exceed maturity, the agreed-upon daily prorated earnings continue to accrue and are added to your payoff. 100% of our lenders have been—and will continue to be—paid their full principal, contracted return, and earned daily return. We want to flip your money as many times as possible in a year.

I would like to invite you to do a call with Van and me to hear the Lighthouse vision, status and get re-energized about why you partner with them and continue to. **Book a call- click this LINK** please add your first name and last initial to the time that best works for you. Please respect each other and do not take someone else time. I will follow up with an invite and a zoom link.

I also want to emphasize that I remain a private money lender with Lighthouse myself, which reflects my complete trust in their process and long-term vision. Lighthouse could not have built one of the largest BRRR businesses in the Midwest without dedicated lenders like you, and your support is foundational to their continued growth.

Additionally, please direct any lending questions to me directly. Becky my God-send and phenomenal member of the Hidden Gems TC Services team, handles only the processing of paperwork and coordination with the title companies and with you. She does **not** have insight into projects to deploy funds to, the status of projects or payouts.

I deeply appreciate your patience, understanding, partnership and prayers during this time.

Warmly,
-md



Marcia Donaldson
CEO

marcia@hiddengemsventures.com
Mobile: 904-775-7884

hiddengemsventures.com

*This e-mail may contain confidential information which is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*