Case 2:26-cv-00141-JMA-ST    Document 8-3    Filed 01/12/26    Page 1 of 1 PageID #: 77

### Jessica Lauren
Active 2h ago

have invested with Lighthouse to see if you're also having a difficult time getting paid back. Since you worked with Marcia for a while, I'm hoping you might be able to share some insight about what's happening.  I'm wondering if I should start taking legal action or be patient.

OCT 16, 2025 AT 4:17 AM

Hi crystal. I was working with Marcia to help with lender management before. While I'm not doing that I am still funding with lighthouse. I am sure Marcia's has told you there are delays due to restructure. While there's delays you are still accruing fees per Diem at a very high rate of return. The lighthouse team continues working through their backlog and paying out projects every week. Delays are very common in real estate investing. If that is too stressful for you maybe real estate investing isn't the best fit for you.



OCT 16, 2025 AT 7:26 AM

Thanks for sharing your perspective!



       Aa