

LIGHTHOUSE
ESTATES

Everyone,

Since late 2023, our growth has been funded primarily through a combination of hard money and private capital. That capital allowed us to rapidly scale our rental portfolio to approximately $50 million in assets.

The issue we ran into was not deal quality, but timing. Our BRRR strategy became constrained when DSCR takeout financing slowed significantly and underwriting timelines expanded. Properties that were intended to refinance quickly remained unfinished or overleveraged longer than planned.

In mid-2025, we attempted to solve this through institutional DSCR financing via People's Bank, introduced by KPL. While promising, the process was slow and underwriting intensive, and it did not produce liquidity fast enough to meet short-term obligations.

To bridge that gap, a temporary system evolved where KPL and PML loans were effectively recycled internally. Operating costs and debt service were all supported by retained capital being rolled forward into new transactions. That system only works when inflows remain uninterrupted.

Once inflows slowed and leadership disruption occurred, the model became unsustainable. At that point, the problem was no longer growth — it was liquidity and predictability.



LIGHTHOUSE
ESTATES

The strategy we are implementing now is designed to stop the bleeding and stabilize the business around assets we already own. The core elements are:

- Listing all properties for sale and accepting best offers through January 31 to create immediate liquidity for both KPL and PML
- Selective internal asset sales funded by new private capital
- Loan write-downs from KPL to realistic current values (30—50%)
- Conversion of impaired balances into a documented Global Note
- Centralized servicing of that note through pooled closing costs
- Elimination of capital recycling as an operating necessity

In parallel, KYPL Holdings has been created as a separate entity to park finished and stabilized properties. This allows clean separation between active construction inventory and long-term rental assets.

Beginning in April, a warehouse-style line of credit will be opened at the KYPL Holdings level to temporarily hold finished inventory while DSCR refinancing timelines play out. This removes timing pressure from refinances and prevents unfinished or stabilized assets from becoming liquidity traps.

Taken together, this approach reduces leverage, creates real cash-to-close, restores the ability to service debt consistently, and allows the team to focus on finishing, stabilizing, and refinancing existing properties rather than chasing new acquisitions.

The goal is not to grow. The goal is to survive cleanly, regain predictability, and work our way back to stability over time.

Best regards,

*Joshua Kennedy*

JOSHUA KENNEDY
MEMBER OF LIGHTHOUSE ESTATES