# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

SUMMITBRIDGE WEALTH MANAGEMENT LLC and ARNA PREMIER PROPERTY SOLUTIONS LLC,

Plaintiffs,

- against -

LIGHTHOUSE ESTATES LLC, CEEKOU LLC, STARPOINT HOLDINGS LLC, AVS ESTATES LLC, BLUESTAR CAPITAL LLC, RED DOOR LEGACY LLC, TAIHE ESTATES LLC, REDWOODS REAL ESTATE LLC, HIDDEN GEMS VENTURES, HIDDEN GEMS TC SERVICES LLC, MARCIA DONALDSON, VAN LAURENCE BARKER, ARIEL MERMELSHTAYN BARKER, SIYUAN ZHENG, JOSHUA JAMES KENNEDY, UNIVERSITY TITLE COMPANY, MEMBERS TITLE, FIRST CLASS TITLE AGENCY, TRUE TITLE ESCROW AGENT, PERPETUAL TITLE OH, LEGACY TITLE AND ESCROW, and ELITE TITLE,

Defendants.

Case No.: 2:26-cv-00141-JMA-ST

**DECLARATION OF MATTHEW DAIDOLA, ESQ., DO IN SUPPORT OF MOTION FOR TRO**

I, Matthew Daidola, Esq., DO,, declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct based upon my knowledge, information, and belief:

1.      I am a member of the Bar of this Court and a Partner of the law firm TA Legal Group PLLC, counsel for Plaintiffs  SummitBridge and ARNA ("Plaintiffs")

2.      I submit the declaration in connection with Plaintiff's Motion for a Temporary Restraining Order, to satisfy requirements of Fed. R. Civ. P. 65(b)(1).

3.	Rule 65(b)(1) provides that a court may issue a TRO without notice to the adverse party if: (a) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (b) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

4.	**Efforts Made To Give Notice**: I respectfully submit this declaration to certify that, on January 12, 2026, I provided notice to Defendants of the TRO by causing the Verified Complaint, Summons, Motion for Temporary Restraining Order (TRO), Declaration of Perumal Raj Thiyagajaran in Support of TRO (with Exhibits A–D), Declaration of Matthew Daidola in Support of TRO, and Proposed Temporary Restraining Order to be sent via email to the following email addresses for Defendants:

- LIGHTHOUSE ESTATES LLC – management@gostarpoint.com
- CEEKOU LLC – ceekoucorp@gmail.com
- STARPOINT HOLDINGS LLC – info@gostarpoint.com
- AVS ESTATES LLC – info@avsrealty.us
- BLUESTAR CAPITAL LLC – no email listed
- RED DOOR LEGACY LLC –Marketing@rdpmindy.com
- TAIHE ESTATES LLC – no email listed
- REDWOODS REAL ESTATE LLC – manager@redwoodrellc.com
- HIDDEN GEMS VENTURES – marcia@hiddengemsventures.com
- HIDDEN GEMS TC SERVICES LLC – admin@hiddengemstc.com; tc@hiddengemstc.com
- MARCIA DONALDSON – marcia@hiddengemsventures.com;
- VAN LAURENCE BARKER – vlb9@georgetown.edu
- ARIEL MERMELSHTAYN BARKER – mallmaniac2020@aol.com
- SIYUAN ZHENG – no email listed
- JOSHUA JAMES KENNEDY – Jj_kennedy@icloud.com
- UNIVERSITY TITLE COMPANY – Evan@u-titleagency.com
- MEMBERS TITLE – jarmstrong@mbrstitle.com
- FIRST CLASS TITLE AGENCY – Lezon@firstclasstitleinc.com
- TRUE TITLE ESCROW AGENT – Jamie@TrueTitleIN.com
- PERPETUAL TITLE OH – Karen@perpetualtitle.com
- LEGACY TITLE AND ESCROW – orders@legacytitlestl.com
- ELITE TITLE – hsherry@elitetitlestl.com; kgeiser@elitetitlestl.com

5. **Reasons That Additional Notice Is Not Required:** The purpose of a TRO is to preserve the status quo. For reasons stated in the motion and accompanying declaration, there is significant risk of immediate imminent harm and asset dissipation that will result in injury to Plaintiffs if there is delay related to providing additional notice. The prejudice resulting from this TRO will be minimal given that the affected Defendants' business operation is defunct. Moreover, the Defendants subject to the TRO will be afforded the opportunity to challenge same at the preliminary injunction juncture.

I, Matthew Daidola, Esq., DO declare pursuant to pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 12th day of January, 2026
Huntington, New York.

_____
Matthew Daidola