UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SUMMITBRIDGE WEALTH MANAGEMENT LLC and ARNA PREMIER PROPERTY SOLUTIONS,

        Plaintiff,

- against -

LIGHTHOUSE ESTATES LLC, CEEKOU LLC, STARPOINT HOLDINGS LLC, AVS ESTATES LLC, BLUESTAR CAPITAL LLC, RED DOOR LEGACY LLC, TAIHE ESTATES LLC, REDWOODS REAL ESTATE LLC, HIDDEN GEMS VENTURES, HIDDEN GEMS TC SERVICES LLC, MARCIA DONALDSON, VAN LAURENCE BARKER, ARIEL MERMELSHTAYN BARKER, SIYUAN ZHENG, JOSHUA JAMES KENNEDY, UNIVERSITY TITLE COMPANY, MEMBERS TITLE, FIRST CLASS TITLE AGENCY, TRUE TITLE ESCROW AGENT, PERPETUAL TITLE OH, LEGACY TITLE AND ESCROW, and ELITE TITLE,

        Defendants.

---

Case No.: 2:26-cv-00141-JMA-ST

**AFFIRMATION OF SERVICE**

**GRACE TIERNEY**, being duly sworn, deposes and states as follows:

1. I am an adult individual over the age of eighteen (18) years and am not a party to this proceeding. I reside in Locust Valley, NY.

2. I am employed as the Chief of Staff at TA Legal Group PLLC, Plaintiffs' law firm in the above-captioned matter.

3. On January 13, 2026, at 4:58 P.M., I served true and accurate copies of the 1/13/2026 Order To Show Cause in the above-captioned action on Defendants via FedEx Priority Overnight:

    a. LIGHTHOUSE ESTATES LLC, at the following address: 5720B Brown Ave. Unit B, Fort Knox, KY 40121.

    b. Ceekou LLC, at the following address: 159 N Wolcott St, Suite 133 Casper, WY 82601.

c. AVS ESTATES LLC, at the following address: 5720B Brown Ave., Unit B, Fort Knox, KY 40121.

d. RED DOOR LEGACY LLC, at the following address: 9900 Corporate Campus Drive, Suite 3000, Louisville, KY 40223.

e. MARCIA DONALDSON, at the following address: 7901 4th St. N., Ste. 300, St. Petersburg, FL 33702.

f. HIDDEN GEMS VENTURES (2023), at the following address: 7902 4th St. N., Ste. 300, St. Petersburg, FL 33702.

g. REDWOOD REAL ESTATE LLC, at the following address: 1720 Redwood Ave., Ste. F, Grants Pass, OR 97527.

h. HIDDEN GEMS TC SERVICES LLC, at the following address: 7902 4th St. N., Ste. 300, St. Petersburg, FL 33702

i. VAN LAURENCE BARKER, at the following address: 8520 Allison Pointe Blvd., Ste. 223 #934717, Indianapolis, IN 46250.

j. ARIEL MERMELSHTAYN BARKER, at the following address: 5610 Las Virgenes Rd., #46, Calabasas, CA 91302.

k. BLUE STAR CAPITAL, at the following address: 4660 Churchill St., Saint Paul, MN 55126.

l. STARPOINT HOLDINGS LLC, at the following address: 8520 Allison Pointe Blvd., Suite 223, Indianapolis, IN 46250.

m. SIYUAN ZHENG, at the following address: 6648 Washington Avenue, Apt. B2, Saint Louis, MO 63130.

n. JOSHUA JAMES KENNEDY, at the following address: 3809 Pine Needle Pt., Evansville, IN 47715.

o. ELITE TITLE, at the following address: 5400 Hampton Ave., St. Louis, MO 63109.

p. UNIVERSITY TITLE COMPANY, at the following address: 2700 Corporate Drive, Ste. 200, Birmingham, AL 35242.

q. LEGACY TITLE AND ESCROW at the following address: 425 N. New Ballas Rd., Suite 220, Creve Coeur, MO 63141.

r. MEMBERS TITLE, at the following address: 3009 Firefighter Lane, Birmingham, AL 35242.

s. FIRST CLASS TITLE AGENCY, at the following address: 3000 Town Center, Suite 2450, Southfield, MI 48075.

t. TRUE TITLE ESCROW AGENT, at the following address: 101 Plaza East Blvd., Suite 102, Southfield, MI 48075.

u. PERPETUAL TITLE OH, at the following address: 4355 Ferguson Dr., Suite 100, Cincinnati, OH 45245.

v. TAIHE ESTATES LLC, at the following address: 1795 Alysheba Way, Suite 7202, Lexington, KY 40509.

Sworn to before me this 14th day of January, 2026

_____
NOTARY PUBLIC

Grace Tierney

[Notary seal: ANTHONY P MANN, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Suffolk County, 01MA0027831, MY COMMISSION EXPIRES 08/17/2028]