AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

SUMMITBRIDGE WEALTH MANAGEMENT
LLC and ARNA PREMIER PROPERTY
SOLUTIONS

*Plaintiff*

v.

LIGHTHOUSE ESTATES LLC, CEEKOU LLC,                    Case No. 2:26-cv-00141-JMA-ST
STARPOINT HOLDINGS LLC, AVS ESTATES
LLC, BLUESTAR CAPITAL LLC, RED DOOR
LEGACY LLC, TAIHE ESTATES LLC,
REDWOODS REAL ESTATE LLC, HIDDEN
GEMS VENTURES, HIDDEN GEMS TC
SERVICES LLC, MARCIA DONALDSON, VAN
LAURENCE BARKER, ARIEL
MERMELSHTAYN BARKER, SIYUAN ZHENG,
JOSHUA JAMES KENNEDY, UNIVERSITY
TITLE COMPANY, MEMBERS TITLE, FIRST
CLASS TITLE AGENCY, TRUE TITLE
ESCROW AGENT, PERPETUAL TITLE OH,
LEGACY TITLE AND ESCROW, and ELITE
TITLE,

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as
counsel for:   Joshua James Kennedy, Siyuan Zheng, Red Door Legacy, Lighthouse Estates,
Ceekou, Starpoint Holdings, AVS Estates, and Taihe Estates.

Date:  January 19, 2026

*Jeff Chabrowe*

NY Bar 3001328
Law Office of Jeff Chabrowe
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921 phone
(212) 736.3910 fax
jeff@chabrowe.com