TA LEGAL GROUP PLLC

WWW.TALEGALGROUP.COM

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL:  tim@talegalgroup,com

**TA LEGAL GROUP PLLC**
205 E. MAIN STREET,  STE 3-2
HUNTINGTON, NY 11743

January 21, 2026

**VIA ECF**

Honorable Joan M. Azrack
United States District Court
100 Federal Plaza
Central Islip, NY 11722

> **Re:**    ***E.D.N.Y. Case 2:26-cv-00141-JMA-ST***
> ***SummitBridge Wealth Management LLC et al v. Lighthouse Estates LLC et al***

Dear Judge Azrack:

We represent Plaintiffs in the above-captioned action. We respectfully submit this letter to advise the Court that Plaintiffs filed an Emergency Ex Parte Motion for a Temporary Restraining Order on January 12, 2016, together with supporting papers and a proposed order.

To date, several Defendants have not appeared in this action and have not opposed the requested emergency relief. Those non-appearing Defendants are:

- Redwoods Real Estate LLC
- Van Laurence Barker

As set forth in Plaintiffs' Verified Complaint, declarations, and TRO motion papers, these Defendants are alleged participants in the same fraudulent scheme giving rise to Plaintiffs' claims and are subject to the same risk of ongoing asset dissipation, concealment, and irreparable harm absent immediate injunctive relief.

Plaintiffs therefore respectfully request that the Court grant the Temporary Restraining Order as against the foregoing non-appearing Defendants, including the asset freeze, prohibition on transfers, preservation of records, and related relief set forth in the proposed TRO, pending further Order of the Court.

Plaintiffs submit that granting the TRO as to these non-appearing Defendants is appropriate under Federal Rule of Civil Procedure 65 and necessary to preserve the status quo, prevent further irreparable harm, and ensure that effective relief remains available in this action. Alternatively Plaintiff's request a hearing.

We thank the Court for its consideration of this emergency request.

1

Respectfully Submitted,
**TA LEGAL GROUP PLLC**

By: _____

Taimur Alamgir