# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792-0048 • E: Jason@levinepstein.com

January 26, 2026

<u>*Via Electronic Filing*</u>
The Hon. Joan M. Azrack, U.S.D.J.
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *SummitBridge Wealth Management LLC et al v. Lighthouse Estates LLC et al*
              Case No.: 1:25-cv-04485-GHW

Dear Honorable Judge Azrack,

      This law firm is counsel to Defendant Ariel Mermelshtayn Barker ("Ariel Barker") in the above-referenced matter.

      Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time to respond to the emergency motion for a temporary restraining order filed by Plaintiffs SummitBridge Wealth Management LLC and ARNA Premier Property Solutions (together, the "Plaintiffs") on January 12, 2026 [Dckt. Nos. 7-10] (the "Motion for a TRO") from January 26, 2026, to, through and including, January 28, 2026.

      This is the second request of its kind, and is made on consent of counsel for Plaintiffs. If granted, the instant request would not affect any other Court-ordered deadlines.

      The basis of the request is that the parties are attempting to consensually resolve the TRO.

      In light of the foregoing, it is respectfully requested that the Court grant an extension of time to respond to Plaintiffs' Motion or a TRO from January 26, 2026, to, through and including, January 28, 2026.

      Thank you, in advance, for your time and attention to this matter.

                                  Respectfully submitted,

                                  LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                  By:  */s/ Jason Mizrahi*
                                        Jason Mizrahi
                                        420 Lexington Avenue, Suite 2458
                                        New York, NY 10170
                                        Tel. No.:  (212) 792-0048
                                        Email: Jason@levinepstein.com
                                        *Attorneys for Defendant Ariel*
                                        *Mermelshtayn Barker*

VIA ECF: All Counsel