# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY  10175 | Tel. 917.529.3921| F 212.736.3910

February 2, 2026

*Via ECF*
The Hon. Joan M. Azrack
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:    *SummitBridge Wealth Management LLC et al v. Lighthouse Estates LLC et al*
Case No.: 1:26-cv-0141
Stipulation of Parties to Extend Response Deadline

Dear Judge Azrack:

I represent Defendants Joshua James Kennedy, Siyuan Zheng, Red Door Legacy, Lighthouse Estates, Ceekou, Starpoint Holdings, AVS Estates, and Taihe Estates in the above case. This letter is submitted jointly with Plaintiffs SummitBridge Wealth Management LLC and ARNA Premier Property Solutions (together, the "Plaintiffs").

We seek to extend the current deadline to respond to Plaintiffs' Emergency Motion for a Temporary Restraining Order from today, Monday February 2, 2026 up to and including Monday, February 9, 2026.  The parties are communicating regarding a possible stipulation that would resolve for the interim the issues raised by the TRO motion. Additional time is needed to conclude these discussions.  No party is prejudiced by the additional extension.

According the parties agree Defendants Joshua James Kennedy, Siyuan Zheng, Red Door Legacy, Lighthouse Estates, Ceekou, Starpoint Holdings, AVS Estates, and Taihe Estates may respond to Plaintiffs' TRO Motion up to and including Monday, February 9, 2026. It is respectfully requested that the Court so order.

Thank you for your attention to this matter.

Respectfully submitted,

LAW OFFICE OF JEFFREY CHABROWE
By: *Jeff Chabrowe*
JEFFREY CHABROWE, ESQ.
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com

*Counsel for Joshua James Kennedy,
Siyuan Zheng, Red Door Legacy,
Lighthouse Estates, Ceekou, Starpoint
Holdings, AVS Estates, and Taihe
Estates*

TA LEGAL GROUP, PLLC

By: _____

Taimur Alamgir, Esq.
205 E Main St., Ste 3-2
Huntington, NY 11743
*Attorneys for Plaintiffs*

Via ECF:  All Counsel

2