| VIEW | DETAILS | VAS PROPERTIES LLC | LIGHTHOUSE ESTATES | DUNCAN ST NS 22-1/2' 122-1/2' W OF 18TH ST | 10/07/2024 | D 12929 103 | DEED | NO |
|------|---------|--------------------|--------------------|----|----|----|----|----|
| VIEW | DETAILS | PEOPLES BANK CORP PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 12/12/2024 | D 12974 327 | RELEASE | YES |
| VIEW | DETAILS | PEOPLES BANK CORP | LIGHTHOUSE ESTATES | | 12/12/2024 | D 12974 314 | RELEASE | YES |
| VIEW | DETAILS | PEOPLES BANK CORP | LIGHTHOUSE ESTATES | | 12/12/2024 | D 12974 309 | RELEASE | YES |
| VIEW | DETAILS | LIGHTHOUSE ESTATES | | LIEN 1811 DUNCAN ST | 02/07/2025 | L 2747 613 | BLDG & HOUSING | NO |
| VIEW | DETAILS | PEOPLES BANK CORP | LIGHTHOUSE ESTATES | | 02/24/2025 | D 13016 903 | RELEASE | YES |
| VIEW | DETAILS | PEOPLES BANK CORP | LIGHTHOUSE ESTATES | | 02/26/2025 | D 13017 727 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 03/10/2025 | D 13025 977 | RELEASE | YES |
| VIEW | DETAILS | PEOPLES BANK CORP | LIGHTHOUSE ESTATES | | 05/07/2025 | D 13065 918 | RELEASE | YES |
| VIEW | DETAILS | PEOPLES BANK CORP | LIGHTHOUSE ESTATES | | 05/07/2025 | D 13065 913 | RELEASE | YES |
| VIEW | DETAILS | PEOPLES BANK CORP | LIGHTHOUSE ESTATES | | 05/07/2025 | D 13065 897 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/24/2025 | D 13118 708 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13121 924 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13121 922 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13121 976 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13121 961 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13121 955 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13121 926 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13121 989 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13121 985 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13121 999 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13122 3 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13122 17 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13122 15 | RELEASE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP | LIGHTHOUSE ESTATES | | 07/29/2025 | D 13122 5 | RELEASE | YES |

Back To Unique Hit List    Home

| Image? | Details | Grantor/Debtor | Grantee/Secured Party | Legal Desc | Date | Book Info / FileNum | Document Type | XRef |
|---|---|---|---|---|---|---|---|---|
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 3213 ELAANE DR | 05/01/2025 | D 13062 390 | ASSIGNMENT | YES |
| VIEW | DETAILS | NEST REIDESIGN LLC | KENTUCKY PRIVATE LENDING LLC | QUAIL RUN SEC 3 LOT 313 | 05/02/2025 | M 19280 433 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 6012 HURSTVIEW RD | 05/02/2025 | D 13062 963 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 4101 CHURCHMAN AVE | 05/06/2025 | D 13064 298 | ASSIGNMENT | YES |
| VIEW | DETAILS | ABBY RENOVATIONS LLC | KENTUCKY PRIVATE LENDING LLC | CHURCHMAN AVE ES TRACT "DB 12270 P 663 & DB 13064 P 294" BEING HAZELWOOD SUB ON THE BERGMANN ADD LOT 60 | 05/06/2025 | M 19282 739 | MORTGAGE | YES |
| VIEW | DETAILS | LIGHTHOUSE ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | WILSON AVE NS 25' 175' W OF 16TH ST | 05/07/2025 | M 19285 472 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 1615 WILSON AVE | 05/07/2025 | D 13065 799 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | NEST HOLDINGS LLC | | 05/07/2025 | D 13065 927 | RELEASE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | ADVANTA MORTGAGE CORP | | 05/07/2025 | D 13065 929 | RELEASE | YES |
| VIEW | DETAILS | LIGHTHOUSE ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | TENNANT LAND CO SUB OF DULANEY FARM PART OF LOT 151 & 152 | 05/08/2025 | M 19287 766 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 2243 DATE ST | 05/08/2025 | D 13067 309 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 1437 HEMLOCK ST | 05/12/2025 | D 13068 677 | ASSIGNMENT | YES |
| VIEW | DETAILS | LIGHTHOUSE ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | HEMLOCK ST ES 30' 260' N OF SOUTHERN AVE | 05/12/2025 | M 19290 68 | MORTGAGE | NO |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | | 05/14/2025 | D 13070 609 | ASSIGNMENT | YES |
| VIEW | DETAILS | LIGHTHOUSE ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | 27TH ST ES 27' 388' N OF WALNUT ST | 05/14/2025 | M 19294 864 | MORTGAGE | YES |
| VIEW | DETAILS | LIGHTHOUSE ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | GREENWOOD AVE SS 40' 130' W OF 25TH ST BEING TENNANT LAND COS SUB OF THE DULANEY FARM PRT OF LOT 543 & 542 | 05/14/2025 | M 19294 78 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | | 05/19/2025 | D 13073 322 | ASSIGNMENT | YES |
| VIEW | DETAILS | LIGHTHOUSE ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | 19TH ST WS 24' 82-1/2' N OF BANK ST | 05/19/2025 | M 19299 778 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 2140 FORT HARRODS DR #19 | 05/29/2025 | D 13080 171 | ASSIGNMENT | NO |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VIEW | DETAILS | LIGHTHOUSE ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | 19TH ST WS 24' 82-1/2' N OF BANK ST | 05/19/2025 | M 19299 778 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 2140 FORT HARRODS DR #19 | 05/29/2025 | D 13080 171 | ASSIGNMENT | NO |
| VIEW | DETAILS | MSA INVESTMENT PROPERTIES LLC | KENTUCKY PRIVATE LENDING LLC | BEVERLY MANOR SEC 1-C LOT 237 | 05/30/2025 | M 19316 712 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | | 06/23/2025 | D 13095 793 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 1722 GALLAGHER ST | 06/23/2025 | D 13095 479 | ASSIGNMENT | YES |
| VIEW | DETAILS | LIGHTHOUSE ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | GALLAGHER ST SS 30' "DB 12854 P 903 & DB 13095 P 475" BEING SPALDING SUB IN BULLITTS ADD LOT 48 | 06/23/2025 | M 19344 604 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | | 07/03/2025 | D 13104 643 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 2400 W CHESTNUT ST | 07/11/2025 | D 13109 446 | ASSIGNMENT | YES |
| VIEW | DETAILS | CAP MINDS ADVISORY GROUP LLC | KENTUCKY PRIVATE LENDING LLC | CHESTNUT & 25TH STS SW COR 22' | 07/11/2025 | M 19371 55 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 1723 ST LOUIS AVE | 07/16/2025 | D 13112 831 | ASSIGNMENT | YES |
| VIEW | DETAILS | MUHAMMAD MARK | KENTUCKY PRIVATE LENDING LLC | ST LOUIS (FORMERLY RUSSELL) AVE NS 30' 540-5/12' E OF DIXIE HWY (FORMERLY 18TH ST) | 07/16/2025 | M 19377 115 | MORTGAGE | YES |
| VIEW | DETAILS | NEST HOLDINGS LLC | KENTUCKY PRIVATE LENDING LLC | LENOX ADD SEC 2 PRT OF LOT 645 & 646 | 07/17/2025 | M 19379 244 | MORTGAGE | YES |
| VIEW | DETAILS | GET REAL ESTATE LLC | KENTUCKY PRIVATE LENDING LLC | HEATHERFIELDS SUB SEC 8 LOT 327 | 07/18/2025 | M 19381 426 | MORTGAGE | YES |
| VIEW | DETAILS | HOFF MANAGEMENT LLC KENTUCKY PRIVATE LENDING LLC | | MORTGAGE OF CORR MB 19206 P 797 | 07/23/2025 | D 13118 56 | AFFIDAVIT | YES |
| VIEW | DETAILS | ABBY RENOVATIONS LLC | KENTUCKY PRIVATE LENDING LLC | MORNINGSIDE HEIGHTS SEC 3 LOT 35 | 07/25/2025 | M 19389 427 | MORTGAGE | YES |
| VIEW | DETAILS | LAYING LOW LLC | KENTUCKY PRIVATE LENDING LLC | MARYDALE ADD LOT 35 BLK 7 BEING GAULBERET AVE SS 25' "DB 13015 P 640 & DB 13119 P 960" | 07/25/2025 | M 19390 444 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 1748 W GAULBERT AVE | 07/25/2025 | D 13119 964 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 4006 ADDISON LN | 07/28/2025 | D 13120 254 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 928 CAMDEN AVE | 07/28/2025 | D 13120 261 | ASSIGNMENT | YES |

6:55 AM Sat Feb 7
Case 2:26-cv-00141-JMA-ST    Document 40-2    Filed 02/13/26    Page 4 of 11 PageID #: 163
search.jeffersondeeds.com
64%

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | BULLITTS ADD LOT 48 | | | | |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | | 07/03/2025 | D 13104 643 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 2400 W CHESTNUT ST | 07/11/2025 | D 13109 446 | ASSIGNMENT | YES |
| VIEW | DETAILS | CAP MINDS ADVISORY GROUP LLC | KENTUCKY PRIVATE LENDING LLC | CHESTNUT & 25TH STS SW COR 22' | 07/11/2025 | M 19371 55 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 1723 ST LOUIS AVE | 07/16/2025 | D 13112 831 | ASSIGNMENT | YES |
| VIEW | DETAILS | MUHAMMAD MARK | KENTUCKY PRIVATE LENDING LLC | ST LOUIS (FORMERLY RUSSELL) AVE NS 30' 540-5/12' E OF DIXIE HWY (FORMERLY 18TH ST) | 07/16/2025 | M 19377 115 | MORTGAGE | YES |
| VIEW | DETAILS | NEST HOLDINGS LLC | KENTUCKY PRIVATE LENDING LLC | LENOX ADD SEC 2 PRT OF LOT 645 & 646 | 07/17/2025 | M 19379 244 | MORTGAGE | YES |
| VIEW | DETAILS | GET REAL ESTATE LLC | KENTUCKY PRIVATE LENDING LLC | HEATHERFIELDS SUB SEC 8 LOT 327 | 07/18/2025 | M 19381 426 | MORTGAGE | YES |
| VIEW | DETAILS | HOFF MANAGEMENT LLC KENTUCKY PRIVATE LENDING LLC | | MORTGAGE OF CORR MB 19206 P 797 | 07/23/2025 | D 13118 56 | AFFIDAVIT | YES |
| VIEW | DETAILS | ABBY RENOVATIONS LLC | KENTUCKY PRIVATE LENDING LLC | MORNINGSIDE HEIGHTS SEC 3 LOT 35 | 07/25/2025 | M 19389 427 | MORTGAGE | YES |
| VIEW | DETAILS | LAYING LOW LLC | KENTUCKY PRIVATE LENDING LLC | MARYDALE ADD LOT 35 BLK 7 BEING GAULBERET AVE SS 25' "DB 13015 P 640 & DB 13119 P 960" | 07/25/2025 | M 19390 444 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 1748 W GAULBERT AVE | 07/25/2025 | D 13119 964 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 4006 ADDISON LN | 07/28/2025 | D 13120 254 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 928 CAMDEN AVE | 07/28/2025 | D 13120 261 | ASSIGNMENT | YES |
| VIEW | DETAILS | HOFF MANAGEMENT LLC | KENTUCKY PRIVATE LENDING LLC | MONTGOMERY ST SS 25' 230' E OF 27TH ST | 07/30/2025 | M 19395 916 | MORTGAGE | YES |
| VIEW | DETAILS | PEOPLE BANK CORP KENTUCKY PRIVATE LENDING LLC | EMM3 LLC | | 07/30/2025 | D 13122 965 | RELEASE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 5017 MONACO DR | 08/08/2025 | D 13130 490 | ASSIGNMENT | YES |
| VIEW | DETAILS | AVS ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | MAIN ST NS 30' 70' W OF 18TH ST | 08/08/2025 | M 19410 242 | MORTGAGE | YES |
| VIEW | DETAILS | MSA INVESTMENT PROPERTIES LLC | KENTUCKY PRIVATE LENDING LLC | LINCOLN TER SEC "C" LOT 19 20 21 & 22 | 08/12/2025 | M 19413 664 | MORTGAGE | YES |
| VIEW | DETAILS | AVS ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | 20TH ST WS 25' 55' S OF GRIFFITH AVE | 08/13/2025 | M 19416 750 | MORTGAGE | YES |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VIEW | DETAILS | AVS ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | 20TH ST WS 25' 55' S OF GRIFFITH AVE | 08/13/2025 | M 19416 750 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 328 N 20TH ST | 08/18/2025 | D 13137 253 | ASSIGNMENT | YES |
| VIEW | DETAILS | CONSISTENT PROPERTY HOLDINGS LLC | KENTUCKY PRIVATE LENDING LLC | 27TH ST ES 22'9" 200' N OF BANK ST | 08/19/2025 | M 19423 393 | MORTGAGE | YES |
| VIEW | DETAILS | MAGNOLIA HALL LLC | KENTUCKY PRIVATE LENDING LLC | 3RD ST WS 52-1/2' 250' S OF OAK ST | 08/25/2025 | M 19432 163 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 1220 S 3RD ST | 08/25/2025 | D 13142 690 | ASSIGNMENT | YES |
| VIEW | DETAILS | MSA INVESTMENT PROPERTIES LLC | KENTUCKY PRIVATE LENDING LLC | FARMGATE MEADOWS (ERRONEOUSLY PREVIOUSLY REFERRED TO AS FARMGATE MEADOWS) SEC 6 LOT 7 | 08/26/2025 | M 19434 147 | MORTGAGE | YES |
| VIEW | DETAILS | SENSEI GROUP INC | KENTUCKY PRIVATE LENDING LLC | 7TH ST WS 20' NS LOT 44 SAMUEL B THOMAS HEIRS SUB OF OAKLAND TRACT | 08/27/2025 | M 19435 863 | MORTGAGE | YES |
| VIEW | DETAILS | MSA INVESTMENT PROPERTIES LLC | KENTUCKY PRIVATE LENDING LLC | CRAWFORDS ADD TO BEUCHEL LOT 18 BLK 2 | 08/28/2025 | M 19437 843 | MORTGAGE | YES |
| VIEW | DETAILS | SUAREZ YOEL SERRANO | KENTUCKY PRIVATE LENDING LLC | PARKRIDGE SUB SEC 1 LOT 23 | 09/02/2025 | M 19442 157 | MORTGAGE | NO |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | | 09/03/2025 | D 13149 482 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 4051 CRAWFORD AVE | 09/03/2025 | D 13148 487 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 6900 AVANTI PL | 09/03/2025 | D 13148 482 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 515 N 27TH ST | 09/03/2025 | D 13148 475 | ASSIGNMENT | YES |
| VIEW | DETAILS | FAYE REALTY LLC | KENTUCKY PRIVATE LENDING LLC | BEULAH CHURCH RD WS TRACT "DB 10808 P 684 & DB 13159 P 194" BEING TRACT 2 4.752 ACRES DB 5635 P 165 | 09/17/2025 | M 19464 178 | MORTGAGE | YES |
| VIEW | DETAILS | WOOD APRIL | KENTUCKY PRIVATE LENDING LLC | KRUPP PARK DR SS 150' 615.46' FROM PRESTON HIGHWAY (FORMERLY PRESTON ST RD) | 09/17/2025 | M 19464 197 | MORTGAGE | NO |
| VIEW | DETAILS | WRIGHT DEBRA | KENTUCKY PRIVATE LENDING LLC | FLEKNER & MORATS SHAWNEE SUB LOT 26 | 09/18/2025 | M 19465 587 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | FLEKNER & MORATS SHAWNEE SUB LOT 26 | 09/18/2025 | D 13160 166 | ASSIGNMENT | YES |
| VIEW | DETAILS | RICHARD DEAN REALTY CO LLC | KENTUCKY PRIVATE LENDING LLC | WINGFIELD CT WS 60' 87.60' S OF WINGFIELD LN | 09/19/2025 | M 19466 578 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 44TH ST (FKA 2ND LN) ES 50' 100.13' S OF NS TRACT DB 744 P | 09/19/2025 | D 13160 697 | ASSIGNMENT | YES |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | PEERNER & MORAN'S SHAWNEE SUB LOT 26 | 09/18/2025 | D 13160 166 | ASSIGNMENT | YES |
| VIEW | DETAILS | RICHARD DEAN REALTY CO LLC | KENTUCKY PRIVATE LENDING LLC | WINGFIELD CT WS 60' 87.60' S OF WINGFIELD LN | 09/19/2025 | M 19466 578 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 44TH ST (FKA 2ND LN) ES 50' 100.13' S OF NS TRACT DB 744 P 428 | 09/19/2025 | D 13160 697 | ASSIGNMENT | YES |
| VIEW | DETAILS | MCT SERVICES GROUP LLC | KENTUCKY PRIVATE LENDING LLC | PARKVIEW LOT 45 46 & 47 | 09/19/2025 | M 19467 351 | MORTGAGE | YES |
| VIEW | DETAILS | RICHARD DEAN REALTY COMPANY LLC | KENTUCKY PRIVATE LENDING LLC | 44TH ST (FORMERLY KNOWN AS 2ND LN) ES 50' 10.13' S OF NS TRACT DB 744 P 428 | 09/19/2025 | M 19466 631 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | WINGFIELD CT WS 60' 87.60' S OF WINGFIELD LN | 09/19/2025 | D 13160 683 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | TENNANT LAND COS SUB OF THE DULANEY FARM LOT 273 | 09/24/2025 | D 13162 734 | ASSIGNMENT | YES |
| VIEW | DETAILS | AVS ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | TENNANT LAND COS SUB OF THE DULANEY FARM LOT 273 | 09/24/2025 | M 19470 561 | MORTGAGE | YES |
| VIEW | DETAILS | TOOLS R US LLC | KENTUCKY PRIVATE LENDING LLC | FLORA HEIGHTS SUB PRT OF LOT 41 & 42 BLK 5 BEING BOWLING (SOMETIMES SPELLED BOLLING) AVE NS 30' 407' W OF 22ND (FORMERLY 21ST) ST | 09/29/2025 | M 19478 32 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 6404 BEULAH CHURCH RD | 09/30/2025 | D 13167 871 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 2419 ELMHURST AVE | 10/01/2025 | D 13169 348 | ASSIGNMENT | NO |
| VIEW | DETAILS | FAMILY HOME IMPROVEMENT LLC | KENTUCKY PRIVATE LENDING LLC | ROCKFORD VIEW SUB NO 1 LOT 3 BLK "A" | 10/01/2025 | M 19483 395 | MORTGAGE | NO |
| VIEW | DETAILS | JAL SOLUTIONS LLC | KENTUCKY PRIVATE LENDING LLC | 16TH ST ES 23'1" 111' 2-1/2" N OF GARLAND AVE | 10/02/2025 | M 19486 404 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | PARKVIEW LOT 45 46 & 47 | 10/06/2025 | D 13172 400 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | MAIN ST NS 30' 70' W OF 18TH ST | 10/06/2025 | D 13172 889 | ASSIGNMENT | YES |
| VIEW | DETAILS | RICHRD DEAN REALTY COMPANY LLC | KENTUCKY PRIVATE LENDING LLC | BROADWAY SS 40' 230' W OF WESTERN PKWY FORMERLY KETTING CT | 10/07/2025 | M 19490 968 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | BROADWAY SS 40' 230' W OF WESTERN PKWY FORMERLY KETTING CT | 10/07/2025 | D 13173 133 | ASSIGNMENT | YES |
| | | | | CROMIE ST (NOW 20TH ST) WS | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | BROADWAY SS 40' 230' W OF WESTERN PKWY FORMERLY KETTING CT | 10/07/2025 | D 13173 133 | ASSIGNMENT | YES |
| VIEW | DETAILS | CONSISTENT PROPERTY HOLDINGS LLC | KENTUCKY PRIVATE LENDING LLC | CROMIE ST (NOW 20TH ST) WS 22-1/2' 22-1/2' N OF LYTLE ST | 10/07/2025 | M 19491 170 | MORTGAGE | YES |
| VIEW | DETAILS | ZIRACO LLC | KENTUCKY PRIVATE LENDING LLC | TENNANT LAND COS SUB OF DULANET PL LOT 890 | 10/09/2025 | M 19496 785 | MORTGAGE | YES |
| VIEW | DETAILS | VANGUARD HAVEN LLC | KENTUCKY PRIVATE LENDING LLC | JACKSON ST ES 19'2" 188'4" N OF BRECKENRIDGE ST | 10/09/2025 | M 19496 766 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 526 N 20TH ST | 10/13/2025 | D 13177 939 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | TENNANT LAND COS SUB OF DULANEY PL LOT 890 | 10/16/2025 | D 13179 968 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 7TH ST WS 20' NS LOT 44 SAMUEL B THOMAS HEIRS SUB OF OAKLAND TRACT | 10/20/2025 | D 13182 319 | ASSIGNMENT | YES |
| VIEW | DETAILS | HORIZON VIEW INVESTMENTS LLC | KENTUCKY PRIVATE LENDING LLC | DIXIE HWY (FORMERLY 18TH ST ) ES 34' 159'9" S OF ORMSBY AVE BEING GEDGE & FINCHS SW ADD SS LOT 30 BLK 3 | 10/20/2025 | M 19508 943 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 2614 MONTGOMERY ST | 10/22/2025 | D 13184 613 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 2205 BOLING AVE | 10/23/2025 | D 13185 259 | ASSIGNMENT | YES |
| VIEW | DETAILS | LIGHTHOUSE ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | PORTLAND AVE SS 33' 240' W OF 19TH ST | 10/28/2025 | M 19520 705 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | PORTLAND AVE SS 33' 240' W OF 19TH ST | 10/28/2025 | D 13188 835 | ASSIGNMENT | YES |
| VIEW | DETAILS | CONSISTENT PROPERTY HOLDINGS LLC | KENTUCKY PRIVATE LENDING LLC | TENNANT LAND COS SUB SEC 2 LOT 625 | 10/31/2025 | M 19524 380 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 7710 GREENWOOD RD | 11/03/2025 | D 13191 763 | ASSIGNMENT | YES |
| VIEW | DETAILS | KBM INVESTMENTS LLC | KENTUCKY PRIVATE LENDING LLC | GREENWOOD RD 74.06' 631.35' E OF CANE RUN RD | 11/03/2025 | M 19528 681 | MORTGAGE | YES |
| VIEW | DETAILS | LIGHTHOUSE ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | AW EWINGS 7TH ST RD SUB LOT 28 | 11/06/2025 | M 19535 436 | MORTGAGE | YES |
| VIEW | DETAILS | JAL SOLUTIONS LLC | KENTUCKY PRIVATE LENDING LLC | MARYDALE LOT 31 PRT OF LOT 30 BLK 6 | 11/06/2025 | M 19535 459 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | MARYDALE LOT 31 PRT OF LOT 30 BLK 6 | 11/12/2025 | D 13197 927 | ASSIGNMENT | YES |

6:56 AM Sat Feb 7
Case 2:26-cv-00141-JMA-ST  Document 40-2  Filed 02/13/26  Page 8 of 11 PageID #: 167
search.jeffersondeeds.com
63%

| VIEW | DETAILS | JAL SOLUTIONS LLC | KENTUCKY PRIVATE LENDING LLC | MARYDALE LOT 31 PRT OF LOT 30 BLK 6 | 11/06/2025 | M 19535 459 | MORTGAGE | YES |
|---|---|---|---|---|---|---|---|---|
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | MARYDALE LOT 31 PRT OF LOT 30 BLK 6 | 11/12/2025 | D 13197 927 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | DIXIE HWY ES 34' 159'9" S OF ORMSBY AVE BEING GEDGE & FINCHS SOUTHWESTERN ADD LOT 30 BLK 3 | 11/17/2025 | D 13203 165 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | AW ELWANGS 7TH ST RD SUB LOT 28 | 11/18/2025 | D 13203 808 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 315 N 26TH ST | 11/24/2025 | D 13208 381 | ASSIGNMENT | YES |
| VIEW | DETAILS | HOFF MANAGEMENT LLC | KENTUCKY PRIVATE LENDING LLC | 26TH ST ES 25' 155' N OF DUNCAN ST | 11/24/2025 | M 19560 792 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | THE MEADOWS LOT 65 | 11/24/2025 | D 13208 331 | ASSIGNMENT | YES |
| VIEW | DETAILS | B DEVELOPED LLC | KENTUCKY PRIVATE LENDING LLC | THE MEADOWS LOT 65 | 11/24/2025 | M 19560 563 | MORTGAGE | YES |
| VIEW | DETAILS | ZIRACO LLC | KENTUCKY PRIVATE LENDING LLC | ROWAN ST SS 20' 140' W OF 30TH ST | 11/26/2025 | M 19564 338 | MORTGAGE | YES |
| VIEW | DETAILS | GREEN LIGHT SOLUTIONS LLC | KENTUCKY PRIVATE LENDING LLC | LOCHSHIRE SUB SEC 4 LOT 92 | 12/01/2025 | M 19567 649 | MORTGAGE | YES |
| VIEW | DETAILS | LAND OF PROPERTUNITY LLC | KENTUCKY PRIVATE LENDING LLC | 19TH ST ES 30' 62'6" N OF ROWAN ST | 12/02/2025 | M 19571 187 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 1833 GRAND AVE | 12/03/2025 | D 13213 755 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | ROWAN ST SS 20' 140' W OF 30TH ST | 12/04/2025 | D 13214 856 | ASSIGNMENT | YES |
| VIEW | DETAILS | AVS ESTATES LLC | KENTUCKY PRIVATE LENDING LLC | HAZEL ST ES 30' 430' S OF WOODLAND AVE | 12/08/2025 | M 19578 312 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | HAZEL ST ES 30' 430' S OF WOODLAND AVE | 12/10/2025 | D 13217 893 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 9911 SHIREWICK WAY | 12/10/2025 | D 13218 863 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 207 N 19TH ST | 12/10/2025 | D 13218 866 | ASSIGNMENT | YES |
| VIEW | DETAILS | ZIRACO LLC | KENTUCKY PRIVATE LENDING LLC | 34TH ST ES 30' 244' S OF HERMAN ST | 12/12/2025 | M 19585 681 | MORTGAGE | YES |
| VIEW | DETAILS | PEGASUS REMODELING LLC | KENTUCKY PRIVATE LENDING LLC | WINKLER AVE 46'2-1/2" 96'3" S OF MONTANA ST | 12/12/2025 | M 19586 136 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 814 WINKLER AVE | 12/12/2025 | D 13220 586 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | CHESTNUT ST SS 22-1/2' 25' E OF 28TH ST | 12/15/2025 | D 13221 759 | ASSIGNMENT | YES |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VIEW | DETAILS | PEGASUS REMODELING LLC | KENTUCKY PRIVATE LENDING LLC | WINKLER AVE 46'2-1/2" 96'3" S OF MONTANA ST | 12/12/2025 | M 19586 136 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 814 WINKLER AVE | 12/12/2025 | D 13220 586 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | CHESTNUT ST SS 22-1/2' 25' E OF 28TH ST | 12/15/2025 | D 13221 759 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 34TH ST ES 30' 244' S OF HERMAN ST | 12/15/2025 | D 13221 755 | ASSIGNMENT | YES |
| VIEW | DETAILS | ZIRACO LLC | KENTUCKY PRIVATE LENDING LLC | 28TH ST WS 28' 105' N OF MADISON ST | 12/15/2025 | M 19588 435 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | RIVERSIDE GARDENS LOT 19 20 29 & 30 BLK 15 | 12/15/2025 | D 13221 718 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 2409 GRIFFITHS AVENUE | 12/15/2025 | D 13221 96 | ASSIGNMENT | YES |
| VIEW | DETAILS | HOFF MANAGEMENT LLC | KENTUCKY PRIVATE LENDING LLC | GRIFFITH AVE NS 30' 70' W OF 24TH ST | 12/15/2025 | M 19587 157 | MORTGAGE | YES |
| VIEW | DETAILS | CEEKOU LLC | KENTUCKY PRIVATE LENDING LLC | RIVERSIDE GARDENS LOT 19 20 29 & 30 BLK 15 | 12/15/2025 | M 19587 612 | MORTGAGE | YES |
| VIEW | DETAILS | CEEKOU LLC | KENTUCKY PRIVATE LENDING LLC | CHESTNUT ST SS 22-1/2' 25' E OF 28TH ST | 12/15/2025 | M 19587 593 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 28TH ST WS 28' 105' N OF MADISON ST | 12/16/2025 | D 13222 677 | ASSIGNMENT | YES |
| VIEW | DETAILS | AT INVESTMENTS LLC | KENTUCKY PRIVATE LENDING LLC | TERRY RD (FORMERLY MURRAY LN) SES 65.01' SS TRACT DB 3648 P 562 | 12/17/2025 | M 19591 895 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | | 12/17/2025 | D 13223 866 | ASSIGNMENT | YES |
| VIEW | DETAILS | PEOPLE BANK CORP KENTUCKY PRIVATE LENDING LLC | LIGHTHOUSE ESTATES LLC | | 12/19/2025 | D 13225 505 | RELEASE | YES |
| VIEW | DETAILS | REAL INVESTING A&D LLC | KENTUCKY PRIVATE LENDING LLC | DRUID HILLS LOT 1 BLK "E" | 12/22/2025 | M 19598 561 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 4000 DRUID HILLS RD | 12/22/2025 | D 13227 524 | ASSIGNMENT | YES |
| VIEW | DETAILS | HORIZON VIEW INVESTMENTS LLC | KENTUCKY PRIVATE LENDING LLC | HEATHERFIELDS SUB SEC 4 LOT 74 | 12/29/2025 | M 19603 526 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | HEATHERFIELDS SUB SEC 4 LOT 74 | 12/30/2025 | D 13231 136 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | MARYDALE LOT 6 BLK 8 | 12/31/2025 | D 13233 737 | ASSIGNMENT | YES |
| VIEW | DETAILS | JAL SOLUTIONS LLC | KENTUCKY PRIVATE LENDING LLC | MARYDALE LOT 6 BLK 8 | 12/31/2025 | M 19609 664 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | JACKSON ST ES 19'2" 188'4" N | 12/31/2025 | D 13233 692 | ASSIGNMENT | YES |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | LOT 74 | 12/30/2025 | D 13231 136 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | MARYDALE LOT 6 BLK 8 | 12/31/2025 | D 13233 737 | ASSIGNMENT | YES |
| VIEW | DETAILS | JAL SOLUTIONS LLC | KENTUCKY PRIVATE LENDING LLC | MARYDALE LOT 6 BLK 8 | 12/31/2025 | M 19609 664 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | JACKSON ST ES 19'2" 188'4" N OF BRECKENRIDGE ST | 12/31/2025 | D 13233 692 | ASSIGNMENT | YES |
| VIEW | DETAILS | EXCLUSIVE HOLDINGS LLC | KENTUCKY PRIVATE LENDING LLC | MECHANICS FORT HILL ADD LOT G-1 BLK 4 | 01/05/2026 | M 19615 18 | MORTGAGE | YES |
| VIEW | DETAILS | HOFF MANAGEMENT LLC | KENTUCKY PRIVATE LENDING LLC | HIGH ST SS 75' TRACT "DB 1951 P 91 WB 43 P 414 WB 297 P 431 DB 13220 P 424 DB 13236 P 812 DB 13218 P 491 DB 12313 P 741 DB 12313 P 738 DB 13236 P 815"" | 01/07/2026 | M 19616 557 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 654 N 25TH ST | 01/07/2026 | D 13236 824 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | LIGHTHOUSE ESTATES LLC | | 01/07/2026 | D 13237 540 | RELEASE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | LIGHTHOUSE ESTATES LLC | | 01/07/2026 | D 13237 530 | RELEASE | YES |
| VIEW | DETAILS | ZIRACO LLC | KENTUCKY PRIVATE LENDING LLC | 16TH ST ES 28.66' 156.34' N OF KENTUCKY ST | 01/08/2026 | M 19618 600 | MORTGAGE | YES |
| VIEW | DETAILS | PEOPLES BANK CORP KENTUCKY PRIVATE LENDING LLC | ROSEBUD INVESTMENTS OF KY LLC | | 01/08/2026 | D 13237 743 | RELEASE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 16TH ST ES 28.66' 156.34' N OF KENTUCKY ST | 01/12/2026 | D 13239 859 | ASSIGNMENT | YES |
| VIEW | DETAILS | REDWOODS REAL ESTATE LLC | KENTUCKY PRIVATE LENDING LLC | TENNANT LAND COMPANYS SUB OF DULANEY FARM PRT OF LOT 224 & 225 | 01/12/2026 | M 19622 83 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | TENNAND LAN COS SUB OF DULANEY FARM PRT OF LOT 224 & 225 | 01/14/2026 | D 13241 415 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | GALLAGHER ST SS 30' "MB 19632 P 692" BEING SPALDING SUB IN BULLITTS ADD LOT 48 | 01/21/2026 | D 13246 95 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 18TH ST WS 23'10" 31'6" N OF GRAND AVE | 01/21/2026 | D 13246 74 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | HOMELAWN TERRACE SUB PRT OF LOT 60 & 59 | 01/21/2026 | D 13246 66 | ASSIGNMENT | NO |
| VIEW | DETAILS | RED DOOR LEGACY LLC | KENTUCKY PRIVATE LENDING LLC | 18TH ST WS 23'10" 31'6" N OF GRAND AVE | 01/21/2026 | M 19632 814 | MORTGAGE | YES |
| VIEW | DETAILS | GSA DR LLC | KENTUCKY PRIVATE LENDING LLC | HOMELAWN TERRACE SUB PRT OF LOT 60 & 59 | 01/21/2026 | M 19632 794 | MORTGAGE | NO |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | KENTUCKY ST | 01/12/2026 | D 13239 859 | ASSIGNMENT | YES |
| VIEW | DETAILS | REDWOODS REAL ESTATE LLC | KENTUCKY PRIVATE LENDING LLC | TENNANT LAND COMPANYS SUB OF DULANEY FARM PRT OF LOT 224 & 225 | 01/12/2026 | M 19622 83 | MORTGAGE | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | TENNAND LAN COS SUB OF DULANEY FARM PRT OF LOT 224 & 225 | 01/14/2026 | D 13241 415 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | GALLAGHER ST SS 30' "MB 19632 P 692" BEING SPALDING SUB IN BULLITTS ADD LOT 48 | 01/21/2026 | D 13246 95 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 18TH ST WS 23'10" 31'6" N OF GRAND AVE | 01/21/2026 | D 13246 74 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | HOMELAWN TERRACE SUB PRT OF LOT 60 & 59 | 01/21/2026 | D 13246 66 | ASSIGNMENT | NO |
| VIEW | DETAILS | RED DOOR LEGACY LLC | KENTUCKY PRIVATE LENDING LLC | 18TH ST WS 23'10" 31'6" N OF GRAND AVE | 01/21/2026 | M 19632 814 | MORTGAGE | YES |
| VIEW | DETAILS | GSA DR LLC | KENTUCKY PRIVATE LENDING LLC | HOMELAWN TERRACE SUB PRT OF LOT 60 & 59 | 01/21/2026 | M 19632 794 | MORTGAGE | NO |
| VIEW | DETAILS | RED DOOR LEGACY LLC | KENTUCKY PRIVATE LENDING LLC | GALLAGHER ST SS 30' "DB 13133 P 429" BEING SPALDING SUB IN BULLITTS ADD LOT 48 | 01/21/2026 | M 19632 692 | MORTGAGE | YES |
| VIEW | DETAILS | GSA DR LLC | KENTUCKY PRIVATE LENDING LLC | KENTUCKY ST NS 25' 175' E OF 17TH ST | 01/27/2026 | M 19637 469 | MORTGAGE | YES |
| VIEW | DETAILS | VANGUARD HAVEN LLC | KENTUCKY PRIVATE LENDING LLC | JACKSON ST ES 19'2" 188'4" N OF BRECKENRIDGE ST | 01/30/2026 | M 19643 602 | MORTGAGE | NO |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | KENTUCKY ST NS 25' 175' E OF 17TH ST | 01/30/2026 | D 13251 242 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 436 E BRANDEIS AVE | 01/30/2026 | D 13251 818 | ASSIGNMENT | YES |
| VIEW | DETAILS | KENTUCKY PRIVATE LENDING LLC | PEOPLES BANK CORP | 16TH ST ES 23'1" 111'2-1/2" N OF GARLAND AVE | 02/04/2026 | D 13254 309 | ASSIGNMENT | YES |
| VIEW | DETAILS | KINGS KENTUCKY PROPERTIES LLC | KENTUCKY PRIVATE LENDING LLC | HAZEL ST ES 34' 332' S OF WOODLAND AVE | 02/05/2026 | M 19652 70 | MORTGAGE | NO |
| VIEW | DETAILS | HOFF MANAGEMENT LLC | KENTUCKY PRIVATE LENDING LLC | DUNCAN ST NS TRACT 60' W OF 30TH ST BEING RR GLOVERS ADD LOT 3 BLK 2 | 02/05/2026 | M 19650 574 | MORTGAGE | YES |

Back To Unique Hit List    Home