TA | LEGAL
GROUP
PLLC

WWW.TALEGALGROUP.COM

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL: tim@talegalgroup.com

**TA LEGAL GROUP PLLC**
205 EAST MAIN STREET, SUITE 3-4
HUNTINGTON, NY 11743

March 30, 2026

**VIA ECF**
Honorable Joan M. Azrack
United States District Court
100 Federal Plaza
Central Islip, NY 11722

> **Re:**   ***Summitbridge Wealth Management v. Lighthouse Estates LLC, et al.***
> **E.D.N.Y. Case No. 2-26-CV-0141 (JMA) (ST)**

Your Honor:

My firm represents Plaintiffs in this matter. I write to request an extension of time for Plaintiffs to respond to the Court's March 23, 2026 Order relative to the TRO, and the pre-motion conference requests at ECF Nos. 53-56, until April 15, 2026. The deadline for said responses is presently March 31, 2026.

The reason for this extension is that the undersigned will be filing a motion to withdraw as counsel. Plaintiffs advised today that they will be engaging new counsel with respect to this case. Plaintiffs directed me to file this request for continuance today, in view of the forthcoming motion to withdraw and appearances of new Plaintiffs' counsel.

Alternatively, I respectfully request that the Court set a conference to address the issues relevant here. I thank the Court for its time and consideration.

Respectfully Submitted,
**TA LEGAL GROUP PLLC**

By:   _____
Taimur Alamgir

1