

Adam Katz | Partner
Direct 646.292.8787 | akatz@goldbergsegalla.com

April 7, 2026

**VIA ECF**
Hon. Joan M. Azrack, U.S.D.J.
U.S. District Court
100 Federal Plaza
Central Islip, NY 11722

      **Re:**    *Summitbridge Wealth Management LLC, et al. v. Lighthouse Estates LLC, et al.*, **Case No. 2:26-cv-00141**

Dear Judge Azrack:

We write, as counsel, for Bluestar Capital LLC ("Bluestar") in the above-referenced matter. On January April 2, 2026, the Court ordered an in-person pre-motion conference on this matter scheduled for April 15, 2026. While we are mindful that this matter involves many parties, I write to request that the Court adjourn the conference to April 20-22 or April 27-30 or another time suitable for the Court. Alternatively, I request leave to appear remotely for the Court conference.

The primary reason for this request is that I have a meeting at the Department of Justice involving a criminal matter scheduled for April 15, 2026 and would not be able to participate in the pre-motion conference. While I am trying to locate someone from my firm who can cover the pre-motion conference, given the complexity of the allegations in this matter, it would be most prudent for me, as lead counsel, to attend the conference.

This is the first request for an adjournment of this conference date. We reached out to Plaintiff's counsel yesterday and have not heard back from them.

We thank the Court for its attention to this request.

      Respectfully submitted,

      Adam Katz

AK:sgp