# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792-0048 • E: Jason@levinepstein.com

April 10, 2026

***Via Electronic Filing***
The Hon. Joan M. Azrack, U.S.D.J.
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:     *SummitBridge Wealth Management LLC et al v. Lighthouse Estates LLC et al*
                Case No.: 1:25-cv-04485-GHW

Dear Honorable Judge Azrack,

This law firm is counsel to Defendant Ariel Mermelshtayn Barker ("Ariel Barker") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request permission for the undersigned law firm to appear telephonically, or virtually, at the pre-motion hearing scheduled for April 15, 2026 at 1:30 p.m.

This is the third request of its kind. [*See* Dckt. Nos. 62, 63]. On April 8, 2026, the Court grated counsel for co-defendant Bluestar Capital LLC leave to appear telephonically, as well. [*See* 04/08/2026 Order].

The basis of this request is that the undersigned has conflicting, unavoidable, obligations during the afternoon of April 15, 2026, in connection with a pending proceeding before the Supreme Court of the State of New York, County of New York. In light of the foregoing, permitting the undersigned to appear virtually would be in the best interests of judicial economy.

Thank you, in advance, for your time and attention to this matter.

              Respectfully submitted,

              LEVIN-EPSTEIN & ASSOCIATES, P.C.

              By:  */s/ Jason Mizrahi*
                    Jason Mizrahi
                    420 Lexington Avenue, Suite 2458
                    New York, NY 10170
                    Tel. No.:  (212) 792-0048
                    Email: Jason@levinepstein.com
                    *Attorneys for Defendant Ariel*
                    *Mermelshtayn Barker*

VIA ECF: All Counsel