
**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL:  tim@talegalgroup.com

**MATTHEW J. DAIDOLA, ESQ.**
DIRECT: (631) 942-7399
EMAIL: matthew@talegalgroup.com

**TA LEGAL GROUP PLLC**
205 EAST MAIN STREET, SUITE 3-4
HUNTINGTON, NY 11743

April 14, 2026

**<u>VIA ECF</u>**
Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  *SummitBridge Wealth Management LLC et al. v. Lighthouse Estates LLC, et al.*
     **E.D.N.Y. Case No. 26-CV-0141 (JMA) (ST)**

Your Honor:

My firm is counsel of record for Plaintiffs. I write to inform the Court of pertinent developments in advance of tomorrow's conference.

As I have previously informed the Court, my clients are in the process in engaging new counsel. My clients have specifically directed that my firm's further representation in this matter is to be limited to prosecuting their claims against Defendants Hidden Gems TC Services LLC ("HG TC"), Hidden Gems Ventures LLC ("HGV"), and Marcia Donaldson only ("Transaction Coordinator Defendants"). Other counsel will be handling the matter as to all other claims and Defendants going forward. As of this date, however, my clients have not yet finalized their engagement of their new counsel.

In view of the foregoing and the scope of my firm's further representation of Plaintiffs, the principal of Plaintiff SummitBridge Wealth Management LLC, Rashmee Sinha, Esq., who is a practicing attorney and a member of the Bar of this Court, has directed me to request that she be permitted to appear at the conference alongside the undersigned and address the TRO application and the pending pre-motion requests other than those of the Transaction Coordinator Defendants.

We thank the Court for its attention to this matter.

Respectfully Submitted,
**TA LEGAL GROUP PLLC**

By: _____
Taimur Alamgir