# CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 4/15/2026 **(CI)**        TIME: 1:30 PM        TIME IN COURT:  30 min.

CASE:        **SummitBridge Wealth Management LLC et al v. Lighthouse Estates LLC et al**
        **2:26-cv-00141-JMA-ST**

APPEARANCES:    For Plaintiff:   Taimur Alamgir, Matthew Daidola, Rashmee Sinha

                For Defendants:  **Lighthouse, Ceekou, Starpoint, AVS, Red Door, Taihe Estates, Zheng, Kennedy:** Jeff Chabrowe; **Bluestar:** Adam Katz; **Hidden Gems, Donaldson:** Ross Hofherr, Evan Fried, Kimberly Grinberg; **Ariel Barker:** Joshua Levin-Epstein; **Legacy:** Arthur Povelones

FTR:  CISCO

☒      Case called.
☒      Counsel present for all sides.
☐      Briefing schedule set.
☐      Case to be referred to Magistrate Judge  for a settlement conference.
☐      Jury selection and trial scheduled for  before Judge Azrack in Courtroom 920 of the Long Island Courthouse.
☐      A further telephone status conference is scheduled for  with Judge Azrack. Counsel shall dial 571-353-2301 and enter access code 279933568 at the prompt.
☒      Other: [7] and [18] motion for TROs are granted.  The Court discourages motion practice and respectfully refers the case to Judge Tiscione for discovery. If any party pursues a motion, discovery will not be stayed pending motion practice. Second Amended Complaint to be filed by 5/15/2026. Answer to be filed by 6/5/2026. Any TRO violations are respectfully referred to Judge Tiscione, to be handled immediately.