# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921| F 212.736.3910

May 5, 2026

Via ECF
Hon. Steven L. Tiscione
Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 910, Chambers 914
Central Islip, NY 11722

> Re: *SummitBridge Wealth Management LLC et al v. Lighthouse Estates LLC et al.*
> Case No.: 1:25-cv-04485-GHW
> Letter Motion for Leave to Withdraw as Counsel and to File Affidavit *Ex Parte* and
> Under Seal

Dear Judge Tiscione:

Pursuant to Local Rule 1.4(b), I seek leave to withdraw as counsel in the above case.[1] I seek leave to file my supporting affidavit under seal.

I currently represent Joshua James Kennedy, Siyuan Zheng, Red Door Legacy, Lighthouse Estates, Ceekou, Starpoint Holdings, AVS Estates, and Taihe Estates. I believe good cause exists for terminating representation. See New York Rule of Professional Conduct 1.16; ABA Model Rule 1.16(b). I submit herewith an affidavit in support, in order to provide sufficient detail to allow this Court to determine such good cause exists. I seek to file this affidavit ex parte and under seal to maintain attorney client privilege. See *Luxwear Ltd. v Adaptiv Rsch.*, 2023 US Dist LEXIS 55633, at *5 (SDNY Mar. 30, 2023, No. 22-CV-5458 (AT) (BCM)). As indicated in the attached Affirmation of Service, I have ensured that copies of this Letter Motion and the attached Affidavit have been served upon my clients.

Deterioration in the attorney-client relationship can provide an adequate ground for withdrawal. *See, e.g., Karimian v. Time Equities, Inc.*, 2011 U.S. Dist. LEXIS 51916, 2011 WL 1900092, at *2 (S.D.N.Y. May 11, 2011) (collecting cases). *Taylor v Aegis Realty Mgt. Corp.*, 2017 US Dist LEXIS 233008, at *4 (SDNY Sep. 7, 2017, No. 16-CV-4247 (RA)(BCM)). The Attached affidavit shows both my clients' lack of cooperation and communication with counsel, and an irreconcilable conflict between attorney and client. *Diarama Trading Co.,*

---

[1] Judge Azrack's Individual Rules direct that Motions to Withdraw, as a non-dispositive motion, shall be made to the assigned Magistrate Judge. Rule IV.A. Your Individual Rules provide non-dipositive motions shall be made by Letter Motions. Rule III.A. See *Taylor v Aegis Realty Mgt. Corp.*, 2017 US Dist LEXIS 233008, at *3, n. 1 [SDNY Sep. 7, 2017, No. 16-CV-4247 (RA)(BCM)).

*Inc. v. J. Walter Thompson U.S.A., Inc.*, No. 01 Civ. 2950, 2005 WL 1963945, at *1 (S.D.N.Y. Aug. 15, 2005) (citations omitted), cited in *Crescit Mtge. Capital, LLC v Emerald Bay Apts., LLC*, 2024 US Dist LEXIS 245146, at *4 (SDNY Apr. 25, 2024)).

Based on the above, the undersigned seeks leave to withdraw as counsel in the above case.

Sincerely,

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
*Counsel for Joshua James Kennedy,*
*Siyuan Zheng, Red Door Legacy,*
*Lighthouse Estates, Ceekou, Starpoint*
*Holdings, AVS Estates, and Taihe Estates*

cc:  Counsel of Record via ECF

2