## CERTIFICATE OF SERVICE

*SummitBridge Wealth Management LLC et al v. Lighthouse Estates LLC et al.*
Case No.: 1:25-cv-04485-GHW

I, Attorney Jeff Chabrowe, confirm that on this date I sent by electronic communication, delivery receipt noticed, a copy of the Motion for Leave to Withdraw as Counsel and Leave to File Affidavit Under Seal, with supporting Declaration, to:

> Siyuan Zheng,
> office@gostarpoint.com,
>
> for and on behalf of Red Door Legacy, Lighthouse Estates, Ceekou, Starpoint Holdings, AVS Estates, and Taihe Estates,
>
> and
>
> Joshua Kennedy,
> jj_kennedy@icloud.com

I make this statement under penalty of perjury pursuant to 28 U.S.C. § 1746.

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com

| From: | Jeff Chabrowe |
|---|---|
| To: | Josh Kennedy; Siyuan Zheng |
| Subject: | Motion for Leave to Withdraw, with affidavit |
| Date: | Tuesday, May 5, 2026 7:43:00 PM |
| Attachments: | Declaration.pdf |
| | Ltr Mot to Withdraw 5-5-26.pdf |

Enclosed please find a copy of the Motion for Leave to Withdraw, with supporting affidavit, I am filing today via ECF in

*SummitBridge Wealth Management LLC et al v. Lighthouse Estates LLC et al.* Case No.: 1:25-cv-04485-GHW, in the Eastern District of New York.

Jeffrey Chabrowe
Managing Partner

The Law Office of Jeffrey Chabrowe
521 Fifth Ave 17th Floor
New York, NY 10175
- -

CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged, confidential and/or attorney work product and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing, or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us at (212) 736-3998 immediately or by return e-mail and delete this e-mail and all attachments from your system. Thank you.