# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | May 11, 2026 |
| TIME: | 10:00 a.m. |
| DOCKET NUMBER(S): | 26cv141-JMA-ST |
| NAME OF CASE(S): | SummitBridge Wealth Management LLC et al v. Lighthouse Estates L |
| FOR PLAINTIFF(S): | Hayes |
| FOR DEFENDANT(S): | Chabrowe, Katz, Grinberg, Hofherr, Povelones, Levin-Epstein |
| NEXT CONFERENCE(S): | May 14, 2026 at 10:30 a.m. |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:45) |

RULINGS FROM  Motion Hearing            :

The Emergency MOTION to Compel [76] is granted in part.  All Defendants shall collect and produce documents on an expedited basis that will identify and locate assets for purposes of enforcing the TRO.  The listed Defendants shall also make themselves available for deposition pursuant to the terms of the TRO and/or stipulation.  Parties shall confer and submit a proposed discovery schedule by May 18, 2026.  The Court will address the Letter Motion to Withdraw as Attorney on May 14, 2026 at 10:30 a.m.  Mr. Chabrowe and representatives for all of the clients he represents are ordered to appear for this hearing, along with counsel for Plaintiffs.  No other Defendants or their counsel are required to appear.