# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | May 14, 2026 |
| TIME: | 10:30 a.m. |
| DOCKET NUMBER(S): | 26cv141-JMA-ST |
| NAME OF CASE(S): | SummitBridge Wealth Management LLC et al v. Lighthouse Estates L |
| FOR PLAINTIFF(S): | Hayes |
| FOR DEFENDANT(S): | Chabrowe (with clients), Hofherr |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (10:30 - 11:40) |

RULINGS FROM  Motio0n Hearing                    :

The Consent Motion to Substitute Attorney [79] is granted.  Attorneys Taimur Alamgir and Matthew Daidola are terminated as counsel of record.  The Letter MOTION to Withdraw as Attorney [75] filed by Mr. Chadbrowe is denied at this time.  Counsel will file a revised motion that clearly delineates which entities he is seeking to withdraw from representing and who the corporate representatives are for each of those entities.  Once the revised motion is filed, the Court will schedule a hearing and will require the attendance of official representative for all of the affected corporate defendants (as well as the individual defendants represented by Mr. Chadbrowe).