# HAYES & SCHANZER LLP

43 West 43rd St., Suite 195
New York, NY 10036-7424
(917) 770-0180 • ahayes@hayesschanzer.com

May 19, 2026

**VIA ECF**

Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court, Eastern District of New York
Long Island Federal Courthouse, 100 Federal Plaza
Central Islip, NY 11722

    **Re:**   *Summitbridge Wealth Management LLC, et al. v. Lighthouse Estates LLC, et al.,*
        No. 2:26-cv-00141 (JMA) (ST)

Dear Judge Tiscione:

    Mr. Chabrowe's Supplemental Affirmation of yesterday does little more than document the privilege waivers that were freely made on the record by each of his clients Ms. Zheng and Mr. Kennedy during the May 11, 2026, hearing on his first motion to withdraw. Given those waivers, it would be more appropriate to un-seal Mr. Chabrowe's first affirmation than to order us to pretend that his clients did not already accuse each other of refusing to comply with the TRO's disclosure requirements and engaging in transactions that sounded like they might have violated the TRO. However the most appropriate remedy, we respectfully submit, is for of each of Mr. Chabrowe's clients to immediately do what they each agreed to do <u>three months ago</u>: provide copies of the bank statements for each of the accounts that each and any of them used to send or receive any funds relating to any of the Defendant Lighthouse Estates' properties.

    Mr. Chabrowe's Supplemental Affirmation also fails to identify the owners and the control persons of his LLC clients, including any powers of attorney (as we understand Ms. Zheng has for Lighthouse). This information is obviously not privileged or confidential and is easily producible. There is no excuse for the continued concealment. We therefore respectfully ask that the Court direct Mr. Chabrowe to produce whatever information he has regarding his clients' ownership and management forthwith, and – if that information is inaccurate or incomplete – for his LLC clients to produce their bylaws, resolutions (including account signing resolutions), along with their bank statements by close of business on Thursday.

            Respectfully submitted,

            **HAYES & SCHANZER LLP**

            By: *Andrew W. Hayes*

Andrew W. Hayes, Esq.
43 West 43rd St., Suite 195
New York, NY 10036-7424
(917) 770-0180
ahayes@hayesschanzer.com
*Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)