# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | June 4, 2026 |
| TIME: | 2:30 p.m. |
| DOCKET NUMBER(S): | 26cv141-JMA-ST |
| NAME OF CASE(S): | SummitBridge Wealth Management LLC et al v. Lighthouse Estates L |
| FOR PLAINTIFF(S): | Hayes |
| FOR DEFENDANT(S): | Fried, Grinberg w/ Donaldson |
| NEXT CONFERENCE(S): | Telephone Conference - June 29, 2026 at 10:30 a.m. |
| FTR/COURT REPORTER: | Cisco (3:00 - 3:20) |

RULINGS FROM  Motion Hearing                  :

The Letter MOTION to Withdraw as Attorney [85] is granted.  Outgoing counsel shall file a letter on ECF providing complete contact information for the corporate representative for Hidden Gems Ventures.  Once the letter is filed, Mr. Fried and Ms. Grinberg will be terminated as Attorneys of Record.  The Court expressly advises Defendants that Corporations cannot represent themselves in Federal Court. Accordingly, unless attorneys are retained for the Corporate Defendants, default judgments will be issued against them.

A Telephone Conference is scheduled for June 29, 2026 at 10:30 a.m. All counsel shall participate, along with any Defendants who are not represented by counsel. Participants shall connect to the conference through dial in number 571-353-2301 with ID # 771869760.

Outgoing counsel shall serve a copy of this order on the defendant Hidden Gems Ventures and file proof of such service on the docket.