# HAYES & SCHANZER LLP

43 West 43rd St., Suite 195
New York, NY 10036-7424
(917) 770-0180 • ahayes@hayesschanzer.com

June 26, 2026

**VIA ECF**

Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court, Eastern District of New York
Long Island Federal Courthouse, 100 Federal Plaza
Central Islip, NY 11722

    **Re:**   *Summitbridge Wealth Management LLC, et al. v. Lighthouse Estates LLC, et al.,*
        No. 2:26-cv-00141 (JMA) (ST) – Proposed Receivership Order

Dear Judge Tiscione:

Pursuant to the Court's direction at the hearing yesterday and the Court's rules for submitting proposed orders, Plaintiffs are filing a PDF of their proposed Order Appointing Receiver, with an Exhibit A listing the Plaintiffs' properties at issue, and emailing a Word version of that same Order to chambers, for the Court's convenience in making any revisions to the Order before it is endorsed and docketed.

Plaintiffs would also like to confirm that, as noted at the end of the hearing yesterday, this office emailed all defense counsel and *pro se* defendants at 1pm yesterday with the list of 20 companies that Plaintiffs understand to hold title to various of the Plaintiffs' properties, and the companies that were supposed to be managing those properties. No defendant responded to that email, or voiced any objected to the inclusion of any company on that list.

We thank the Court for its consideration of this matter.

Respectfully submitted,

**HAYES & SCHANZER LLP**

By: *Andrew W. Hayes*
    Andrew W. Hayes, Esq.

cc:    All counsel of record (via ECF)