

WWW.KRIEGDEVAULT.COM

**FILED**
**CLERK**

9:43 am, Jul 06, 2026

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

June 30, 2026

**Larry J. Mitchell**
Direct Dial: (312) 800-4001
E-mail: lmitchell@kdlegal.com

Attn: Clerk of U.S. District Court
United States District Court
Eastern District of New York

**Re:   Summitbridge Wealth Management LLC, et al. v. Lighthouse Estates LLC, et al.
Case No. 26-cv-141**

Dear Clerk of U.S. District Court:

Please cancel and refund the duplicate $200.00 Pro Hac Vice Filing Fee, identified as ANYEDC-20383397, back to the original payment method. This duplicate fee was incurred by Attorney, Scott J. Fandre who represents Defendant, General Title Insurance Company.

Please find copies of the duplicate fee receipts attached.

Very truly yours,

Larry J. Mitchell
Paralegal

Enclosures
cc: Plaintiff (w/o encls.)

*A Refund of Fees is appropriate. The following payments were made in 26cv141-JMA-ST.*

*2:26-cv-00141-JMA-ST Fandre, Scott 2026-07-01 14:00:43 Motion for Leave to Appear Pro Hac Vice( 2:26-cv-00141-JMA-ST) [motion aphvN] ( 200.00) cr card ANYEDC-20383397 $ 200.00*

*2:26-cv-00141-JMA-ST Fandre, Scott 2026-07-01 14:11:03 Motion for Leave to Appear Pro Hac Vice( 2:26-cv-00141-JMA-ST) [motion aphvN] ( 200.00) cr card ANYEDC-20383574 $ 200.00*

*A refund of fees receipted ANYEDC-20383397 totaling $200.00 approved by Lisa Florio, Operations Manager on 7/6/2026.*

*(Copy sent to Financial Unit for processing)*

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Larry J. Mitchell |
| **Subject:** | [EXTERNAL] Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |
| **Date:** | Wednesday, July 1, 2026 1:00:56 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 5542598
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYEDC-20383397
Approval Code: 604298
Card Number: ************7685
Date/Time: 07/01/2026 02:00:42 ET

NOTE: This is an automated message. Please do not reply

**From:**    do_not_reply@psc.uscourts.gov
**To:**    Larry J. Mitchell
**Subject:**    [EXTERNAL] Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT
**Date:**    Wednesday, July 1, 2026 1:11:12 PM

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 5542598
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYEDC-20383574
Approval Code: 610351
Card Number: ************7685
Date/Time: 07/01/2026 02:11:02 ET

NOTE: This is an automated message. Please do not reply