**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**SUMMITBRIDGE WEALTH MANAGEMENT**
**LLC,** *et al.***,,**

                    Plaintiff,

    - against -

**LIGHTHOUSE ESTATES LLC,** *et al.***,**

                   Defendants.
------------------------------------------------------------X

**CLERK'S CERTIFICATE**
**OF DEFAULT**
CV 26-141 (JMA)(ST)

    I**,** Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern

District of New York, do hereby certify that defendant, **HIDDEN GEMS VENTURES LLC,**

has not filed an answer or otherwise moved with respect to the complaint, and that the time to

answer or move has expired.

    The default of defendant, **HIDDEN GEMS VENTURES LLC,** is hereby noted pursuant

to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: July 8, 2026

    Central Islip, New York

                                       BRENNA B. MAHONEY
                                       CLERK OF THE COURT

              BY:    /s/ GRISEL ORTIZ
                                 DEPUTY CLERK