United States Bankruptcy Court
Western District of Kentucky

## Notice of Bankruptcy Case Filing



**This notice constitutes an Order of Relief which automatically, upon filing of a bankruptcy case, requires suits, garnishments, foreclosures, and most other collection actions to immediately stop, as more particularly set forth in Title 11 United States Code §362. If warranted, sanctions may be awarded against parties violating this provision.** *See exceptions below.\**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 07/13/2026 at 12:05 AM and filed on 07/13/2026.

**Van L. Barker**
3208 Bird Song Court
Melbourne, FL 32934
SSN / ITIN: xxx-xx-9565

**Siyuan Zheng**
3208 Bird Song Court
Melbourne, FL 32934
SSN / ITIN: xxx-xx-5523

The case was filed by the debtor's attorney:

**Tyler R. Yeager**
Kaplan Johnson Abate & Bird
471 W. Main St., Suite 203
Louisville, KY 40202
502-785-5267

The case was assigned case number 26-31842.

\* In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.kywb.uscourts.gov/ or at the Clerk's Office, 450 U.S. Courthouse, 601 W. Broadway, Louisville, KY 40202.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Elizabeth H. Parks**
**Clerk, U.S. Bankruptcy Court**