**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUMMITBRIDGE WEALTH MANAGEMENT LLC, <br> Plaintiff, <br><br> v. <br><br> LIGHTHOUSE ESTATES LLC, *et al.*, <br> Defendants. | Civil Action No. <br> 2:26-cv-00141 (JMA)(ST) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander N. Loftus of Loftus & Eisenberg, Ltd., having been admitted to appear in this action *pro hac vice*, hereby enters his appearance as counsel of record for proposed intervenors Crystal Cervantez-Tkac and Simaya Innovations LLC in the above-captioned action.

The undersigned respectfully requests that all notices, orders, pleadings, and other papers filed or served in this action be directed to and served upon him at the address and electronic-mail address set forth below.

The undersigned certifies that he is admitted to appear in this action *pro hac vice* and is registered to file electronically through the Court's CM/ECF system.

Dated: July 14, 2026
Chicago, Illinois

Respectfully submitted,

LOFTUS & EISENBERG, LTD.

/s/ *Alexander N. Loftus*
Alexander N. Loftus (admitted pro hac vice)
181 W. Madison Street, Suite 4700
Chicago, Illinois 60602
(312) 899-6625
alex@loftusandeisenberg.com

Counsel for Proposed Intervenors
Crystal Cervantez-Tkac and
Simaya Innovations LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Alexander N. Loftus*
Alexander N. Loftus