

Adam Katz | Partner
Direct 646.292.8787 | akatz@goldbergsegalla.com

July 15, 2026

**Via ECF**
Hon. Joan M. Azrack, U.S.D.J.
U.S. District Court
100 Federal Plaza
Central Islip, NY 11722

        **Re:**    **Summitbridge Wealth Management LLC, et al. v. Lighthouse Estates LLC, et al.,
2:26-cv-00141**

Dear Judge Azrack:

This firm represents Bluestar Capital LLC ("Bluestar") in the above-referenced matter. On Monday, July 13, 2026, Defendant Van L. Barker filed a voluntary bankruptcy petition in the West District of Kentucky Bankruptcy Court bearing the case number 26-31842 (the "Petition"). Plaintiffs' counsel subsequently filed notice of Mr. Van Barker's bankruptcy on the docket in this case on the same date. *See* Dkt. No. 124.

The Petition, which seeks Chapter 7 bankruptcy protection, lists Starpoint Holdings, LLC ("Starpoint"), an entity partially-owned by Van Barker and Bluestar, as a co-debtors to the Petition. Pursuant to 18 U.S.C. § 362, Bluestar respectfully submits that the filing of this Petition acts as an automatic stay of this entire litigation and the litigation should not proceed until the Bankruptcy Court in Kentucky lifts the stay. The instant case should also be stayed as against Defendant Bluestar, because Starpoint has a 19% ownership interest in Bluestar. *See Queenie, Ltd. v. Nygard, Int'l.*, 321 F.3d 282, 288 (2d Cir. 2003)(internal citations omitted).

Practically speaking, this lawsuit cannot proceed without Mr. Van Barker and proceeding against Bluestar (and Starpoint, and potentially other defendants) could result in incongruous results with Mr. Van Barker's bankruptcy estate. Based on the foregoing, we believe that this case should be stayed in its entirety, but at a minimum with respect to Bluestar.

We thank the Court for its attention to this matter.

        Respectfully submitted,

        Adam Katz