**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUMMITBRIDGE WEALTH MANAGEMENT LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> LIGHTHOUSE ESTATES LLC, et al., <br><br> Defendants. | Case No. 2:26-cv-00141 (JMA)(ST) |

**NOTICE OF APPEARANCE OF BRIAN D. HAIL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Brian D. Hail, partner in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, hereby appears as counsel for Stephen J. Donell, the Court-Appointed Receiver, in the above-captioned action. I certify that I am admitted to practice in this Court.

Please add the undersigned to the Court's Electronic Case Filing (ECF) system for this matter. All future notices, pleadings, orders, and other papers concerning this action should be directed and served upon the undersigned at the contact information provided below.

Dated: July 16, 2026
     New York, New York

Respectfully submitted,

**ALLEN MATKINS LECK GAMBLE**
**MALLORY & NATSIS LLP**

By: _____ */s/ Brian D. Hail* _____
    Brian D. Hail, NYS Bar No. 2568681
    599 Lexington Avenue, 38th Floor
    New York, New York 10022-6030
    Telephone:  212.542.3400
    E-mail:  bhail@allenmatkins.com

*Counsel for Court-Appointed Equity Receiver*
*Stephen J. Donell*

4916-9824-6589.1