**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

Summitbridge Wealth Management LLC, et al. )
                                          )
                  *Plaintiffs,*           )       Case No. 26-CV-141
        vs.                               )
                                          )
Lighthouse Estates LLC, et al.            )
                                          )
                  *Defendants.*           )

## STATEMENT OF CORPORATE OWNERSHIP

General Title Insurance Company, by its counsel, Krieg DeVault LLP, and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 states as follows:

All corporations that directly or indirectly own 10% or more of any class of General Title Insurance Company's equity interests are listed below:

There is no such corporation that directly or indirectly owns 10% or more of any class of General Title Insurance Company's equity interests or stock.

                              Respectfully submitted,

                              General Title Insurance Company

                              */s/ Scott J. Fandre*
                              Scott J. Fandre
                              One of its attorneys

Scott J. Fandre
Krieg DeVault LLP
200 S. Wacker Dr., Suite 600
Chicago, IL 60606
P: (312) 651-2400
sfandre@kdlegal.com