# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 31, 2026 |
| TIME: | 2:00 p.m. |
| DOCKET NUMBER(S): | 26cv141-JMA-ST |
| NAME OF CASE(S): | SummitBridge Wealth Management LLC et al v. Lighthouse Estates L |
| FOR PLAINTIFF(S): | Hayes, Sinha |
| FOR DEFENDANT(S): | Tracy, Katz, Urber, Povelones, Hofherr, Albanese, O'Donnell, Myer, I |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (2:15 - 4:30) |

RULINGS FROM Motion Hearing :

The MOTION to Stay Discovery by Bluestar Capital LLC [143] is denied at this time for the reasons discussed on the record. Plaintiffs' Letter Motion to Compel [153] is granted. Bluestar shall produce a corporate representative for deposition by September 30, 2026 and bank records related to all transactions with the Lighthouse entities. True Title shall produce HUD statements and the internal escrow ledger for all transactions with the Lighthouse entities. Defendants Donaldson shall produce any missing bank records for herself, Hidden Gems TC Services and Hidden Gems Ventures LLC or an affidavit stating that she does not have access to the missing records.

The First MOTION for Extension of Time to File Answer and or move by Investors Title Company [177] is granted. Defendant Investors Title Company shall Answer or otherwise respond to the Second Amended Complaint by September 28, 2026.

Plaintiffs' counsel is directed to serve a copy of this Order and the attached Minute Entry upon any pro se defendants forthwith and file proof of such service on the docket.