**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**SUMMITBRIDGE WEALTH MANAGEMENT LLC, et al.,**

Plaintiff,

- against -

**LIGHTHOUSE ESTATES LLC, et al.,**

Defendants,
-----------------------------------------------------------X

**CLERK'S CERTIFICATE OF DEFAULT**
CV 26-0141 (JMA) (ST)

I, Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant **RONALD J. ("RONNIE") HARRIS JR.** has not filed an answer or otherwise moved with respect to the complaint, and that the time to answer or move has expired.

The default of defendant **RONALD J. ("RONNIE") HARRIS JR.** is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: September 3, 2026
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF THE COURT
BY: /S/ JAZMIN M. CUBANO
DEPUTY CLERK