**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUMMITBRIDGE WEALTH MANAGEMENT, LLC, *et al.*,<br><br>Plaintiffs,<br><br>-vs-<br><br>LIGHTHOUSE ESTATES, LLC, *et al.*,<br><br>Defendants. | **Civil Action No.: 2:26-cv-00141JMA-ST** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to L. Civ. R. 1.4(a), the undersigned hereby enters an appearance as counsel on record on behalf of Defendant Ronald J. Harris, Jr. in the above-captioned matter.

Dated: September 3, 2026
New York, NY

By: */s/ Ricardo Solano*

Ricardo Solano, Jr., Esq.
State of New York Bar No. 3040433
**FBT GIBBONS LLP**
One Pennsylvania Plaza, No. 4515
New York, NY 10119
Telephone: (212) 554-9696
Facsimile: (212) 290-2018
rsolano@fbtgibbons.com
*Attorneys for Defendant Ronald J. Harris, Jr.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on September 3, 2026 I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will transmit a true and correct copy of the same to all Counsel of Record.

*/s/ Ricardo Solano*
Ricardo Solano, Jr., Esq.