UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUMMITBRIDGE WEALTH MANAGEMENT, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LIGHTHOUSE ESTATES LLC, et al.,<br><br>Defendants. | Civil Action No. 2:26-cv-141-JMA-ST<br><br>**CONSENT ORDER DISMISSING ESSENT TITLE INSURANCE, INC.** |

THIS MATTER having come before the Court upon the application of the plaintiffs ("Plaintiffs"), by and through their counsel Hayes & Schanzer LLP, with the consent of defendant Essent Title Insurance, Inc. ("Essent"), by and through its counsel Riker Danzig LLP, for entry of an Order dismissing all claims against Essent in this Action without prejudice; and

WHEREAS, Plaintiffs named Essent, among other title insurance underwriters, as a defendant in their Second Amended Complaint, filed on June 23, 2026, which alleges in Count III that Essent negligently failed to supervise certain policy-issuing agents in Indiana, Missouri, and Ohio in connection with certain loan transactions; and

WHEREAS, Essent filed a letter on August 27, 2026, requesting a pre-motion conference in anticipation of filing a motion to dismiss; and

WHEREAS, Essent has represented to Plaintiffs' counsel that it did not participate in the closing of any of the loan transactions at issue in this Action, other than the issuance of loan policies on its behalf by its policy-issuing agents, who issued such policies without any property- or loan-specific underwriting or review by Essent; and

WHEREAS, Plaintiffs and Essent stipulate and consent to the entry of this Consent Order Dismissing Essent Title Insurance, Inc. (the "Consent Order").

NOW, THEREFORE, upon the consent of Plaintiffs and Essent, and good cause having been shown, it is on this _____ day of _________, 2026, ORDERED, ADJUDGED, and DECREED as follows**:**

1. All claims against Essent in this Action shall be, and hereby are, dismissed without prejudice, and without costs or fees to any party, pursuant to Fed. R. Civ. P. 41(a)(2) and (c); and

2. Service of this Consent Order via ECF shall constitute service on all parties.

SO ORDERED:

___________________________
Hon. Joan M. Azrack, U.S.D.J.

Dated: Central Islip, New York
September__, 2026

CONSENTED AND AGREED TO BY:

| | |
|---|---|
| HAYES & SCHANZER LLP<br><br>*/s/ Andrew W. Hayes*<br>By: Andrew W. Hayes, Esq.<br>43 West 43rd St., Suite 195<br>New York, New York 10037<br>ahayes@hayesschanzer.com<br>*Attorneys for Plaintiffs* | RIKER DANZIG LLP<br><br>*/s/ Michael R. O'Donnell*<br>By: Michael R. O'Donnell, Esq.<br>489 Fifth Avenue, 33rd Floor<br>New York, New York 10017-6111<br>modonnell@riker.com<br>*Attorneys for Essent Title Insurance, Inc.* |

4913-8380-1810, v. 1