UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUMMITBRIDGE WEALTH MANAGEMENT LLC and ARNA PREMIER PROPERTY SOLUTIONS,<br><br>Plaintiffs,<br><br>-against-<br><br>LIGHTHOUSE ESTATES LLC, CEEKOU LLC, STARPOINT HOLDINGS LLC, AVS ESTATES LLC, BLUESTAR CAPITAL LLC, RED DOOR LEGACY LLC, TAIHE ESTATES LLC, REDWOODS REAL ESTATE LLC, HIDDEN GEMS VENTURES, HIDDEN GEMS TC SERVICES LLC, MARCIA DONALDSON, VAN LAURENCE BARKER, ARIER MERMELSHTAYN BARKER, SIYUAN ZHENG, JOSHUA JAMES KENNEDY, UNIVERSITY TITLE COMPANY, MEMBER TITLE, FIRST CLASS TITLE AGENCY, TRUE LITTLE ESCROW AGENT, PERPETURAL TITLE OH, LEGACY TITLE AND ESCROW, and ELITE TITLE,<br><br>Defendants. | Case No. 2:26-cv-00141 |

**SUGGESTION OF BANKRUPTCY**

PLEASE TAKE NOTICE that Defendant Bluestar Capital LLC filed bankruptcy protection under 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"), in the Bankruptcy Court for the Eastern District of Kentucky, Lexington Division on October 1, 2026, under case number 26-51781.

PLEASE TAKE FURTHER NOTICE that, absent a statutory exemption, § 362(a) of the Bankruptcy Code operates as a stay, applicable to all entities, to: (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtors that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the Debtors that arose before the commencement of the case under this title; (2) the enforcement, against the Debtors or

against property of the estate, of a judgment obtained before the commencement of the case under the Bankruptcy Code; or (3) any act to obtain possession of or exercise control over property the estate.

Dated: October 2, 2026

Respectfully Submitted,

GOLDBERG SEGALLA, LLP

BY: /s/ *Adam S. Katz*

Adam S. Katz, Esq.
Goldberg Segalla LLP
711 Third Avenue, Ste. 1900
New York, NY 10017
646.292.8787
akatz@goldbergsegalla.com

*Attorneys for Bluestar Capital, LLC*