United States Bankruptcy Court
Eastern District of Kentucky




## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 10/01/2026 at 5:47 PM and filed on 10/01/2026.

**Bluestar Capital L.L.C.**
1795 Alysheba Way, Ste. 7202
Lexington, KY 40509
Tax ID / EIN: 93-4917494

The case was filed by the debtor's attorney:

**J Christian Dennery**
Dennery, PLLC
PO BOX 121241
Covington, KY 41012
888-833-2826

The case was assigned case number 26-51781.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.kyeb.uscourts.gov or at the Clerk's Office, United States Bankruptcy Court, Eastern District of Kentucky, 100 E Vine Street Ste 200, Lexington, KY 40507-1430.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Nathan W. Lee**
**Clerk, United States Bankruptcy Court**

---

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 10/01/2026 17:51:26 |

| | | | |
|---|---|---|---|
| **PACER Login:** | jcdennery | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 26-51781 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |